# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Civil Action No.

Edward Hoid _____ ,

Plaintiff

v.

"See Attached" _____ ,

_____ ,

_____ ,

_____ , Defendant(s).

Case: 1:26–cv–00060 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/8/2026
Description: Pro Se Gen. Civ. (F–DECK)

**Jury Trial requested:**
**(please check one)**
__**X**__ Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

**RECEIVED**

JAN 08 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## DEFENDANTS

US District Court Judge Paula Xinis

US District Court Judge George L Russell III

US District Court Judge Phillip Brimmer

US Court of Appeals Judge Carolyn McHugh

US Court of Appeals Judge Scott Matheson

US Court of Appeals Judge Gregory Phillips

US Court of Appeals Judge Veronica Rossman

US Court of Appeals Judge Richard Federico

US District Court Judge Lewis T. Babcock

The Federal Bureau of Investigation

The Federal Communications Commission

US District Court Judge Ana Reyes

<div style="border:1px solid">

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

</div>

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

**1)**  Edward Hoid, 1815 28th Street Unit H Greeley, CO 80631
 (Name and complete mailing address)

(970)692-6916 edward.h.hoid@gmail.com
 (Telephone number and e-mail address)

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Judge Paula Xinis, 101 W. Lombard Street, Baltimore, MD 21201
                   (Name and complete mailing address)


                   (Telephone number and e-mail address if known)


Defendant 2:    Judge George L Russell III, 101 W. Lombard Street, Baltimore, MD 21201
                   (Name and complete mailing address)


                   (Telephone number and e-mail address if known)


Defendant 3:    Judge Phillip Brimmer, 901 19th Street, Denver, CO 80294
                   (Name and complete mailing address)


                   (Telephone number and e-mail address if known)


Defendant 4:    Judge Carolyn McHugh, 1823 Stout Street, Denver, CO 80257
                   (Name and complete mailing address)


                   (Telephone number and e-mail address if known)

Defendant 5:    Judge Scott Matheson, 1823 Stout Street, Denver, CO 80257
                   (Name and complete mailing address)


                   (Telephone number and e-mail address if known)



Defendant 6:    Judge Gregory Phillips, 1823 Stout Street, Denver, CO 80257

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 7:    Judge Veronica Rossman, 1823 Stout Street, Denver, CO 80257
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 8:    Judge Richard Federico, 1823 Stout Street, Denver, CO 80257
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 9:    Judge Lewis T. Babcock, 901 19th Street Denver, CO 80294
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 10: F.B.I., 935 Pennsylvania Avenue, NW, Washington D.C. 20535
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 11:  F.C.C. 45 L Street, N.E., Washington D.C. 20554
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 12: Ana Reyes
(Name and complete mailing address)

333 Constitution Avenue, NW Washington D.C. 20001
(Telephone number and e-mail address if known)

5

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

First Amendment rights violations, Fifth Amendment Rights Violations, Fourteenth Amendment Rights Violations, Eighth Amendment Rights Violations, Fourth Amendment Rights Violations, 18 U.S.C. § 1001, 18 U.S.C. § 1038, Sixth Amendment Rights Violations, 18 U.S.C. § 373, 18 U.S.C.§ 4, 18 USC §2340A, 18 USC § 1519

__X__    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of **Colorado**.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of  **Nebraska**
(name of state or foreign nation).

Defendant 1 has its principal place of business in **Nebraska**
(name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

__X__   Bivens Claims, Individual Capacities Federal Officers

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  _____

      Supporting facts:

# Statement of Claims

## Background Section I

This case was originally 1:25-cv-03711, dismissed summarily by Ana Reyes.  This complaint is my only means of reporting torture, mutilation of a corpse, attempted murder and more.  Ana Reyes could not handle 300 plus pages so I extracted the related cases inserted and filed them as separate documents.  Ana Reyes misrepresents me as a conspiracy theorist for reporting being shot at, tortured, killed, and for my children and my family's becoming molested and abused.  She reports that I am theorizing a plot to take over the Country, I don't know if she is on drugs or not, however I don't see any other influence causing the misrepresentations.  If she were on drugs likely fentanyl or meth I don't know, I don't know if she is and so with my judicial complaint I will ask the Circuit Executive to drug test her.

I make a jury demand with merit.  The case was dismissed without prejudice and the merits and claims were never analyzed.  The Claims are compliant with rule 8 the claims are isolated and have a heading.  The statement is a contract of sorts and is necessary for the claims however the claims can be easily understood independently.

I choose to embed the exhibits rather than appendix them because I am not writing 11 copies of a Supreme Court petition.

One key take away from the start is the American People are entitled to a full refund of all taxes ever paid, because rather than affording medicine and social security for old sick people our money is squandered by the Federal officials in this complaint, my money and the Americans money is due and has been misused.  My portion that pays Ana Reyes salary, I want it back, I afford the Court not so she can silence me and conceal violent crimes with it.

I am a standard, nice American man.  I have been under the impression that if I work hard enough and don't oppose the authority, because the authority used to be good and used to work for American People like myself, opposing foreign threats, and abiding in the achievements of the American Civil Rights Movement, I thought I could live a good life if I worked hard enough. The Government currently has been infiltrated by a bunch of lawyers who have never worked or suffered a day of their lives.  These lawyers are bent on taking everything the American People have worked for, fought over and suffered for, and these lawyers and Judges have found support in doing so from millions of citizens of different countries, single races of people who are determined to take the American People's lives and property for their own and then exploit citizenships of their children to conceal the offenses they commit in order to destroy the American People's lives and rob us of everything.  This will be a long complaint and will be necessary regardless of whether or not I have to appeal any decisions of this Court, and go through channels to the United States Supreme Court in order to impeach and prosecute known traitors and treason.

When I was 16 years of age, I started college.  I am a born Type One Juvenile Diabetic and I was not allowed insulin until death and that being at the age of 40.  I was allowed to open a checking account at age 16, and I shouldn't have been allowed to, I deposited student loan disbursements into the account and I would support my mother and siblings with the money.  I would at times go into Diabetic Keto Acidosis, unknown at the time and I would consume many gallons of water and go into coma, involuntarily, I survived by this means.  I would bounce checks at times for food and water and would later replenish the account with future disbursements.  I love my family very much.  I love my mom very much.  We are kind and were always very poor, my siblings and mother endured hardships and poverty for many years and

they have all become successful, yet the success and all they have worked for is being taken for

the benefit of drug cartels and the Hispanic immigrants.

When we encountered the gangs, founded in America, by the immigrants, we were

abused and assaulted, we were not given asylum in those other countries.  My siblings and I, like

much of the American Youth, were constantly manipulated by adult immigrants and they sought

to mislead us to use drugs.  I have never used opiates; fentanyl and I don't use illicit drugs.  My

siblings also have never.  My youngest sister was taken to Chico California, by a Mexican

immigrant, from Reno Nevada, at age 13, the immigrant entered the country illegally and I will

not allow this Court or anyone else to know what they did to her.

This Court and similar actors who advocate for these enemies of the American Youth

have granted illegal immigrants' asylum on the basis of aiding the immigrants avoiding gang

violence in the country of origin, even though gangs like MS-13 were founded in the United

States by illegal immigrants and not in the countries of origin.  The American People are not

allowed to avoid the violence and gangs and were these illegal immigrants actually trying to

avoid gang violence, per asylum in this country, they can only do so by staying out of the

country where the gangs are established, that being America.  It is a fact that a single race of

people is coming to this country looking for American privilege, and the only way they can

achieve that is for that assumed privilege to come from somewhere.  It is only assumed privilege

in this and many other cases, the only people that can be taken from in this country are those who

are already vulnerable, and the only things that can be taken are things like medicine, welfare,

reputations, jobs and bare essentials, until the government takes our freedom due to petty

reactions to suffering, and response to the attack we are enduring.

My family and the lower-class American People have endured recessions and

vulnerabilities which have serious impacts on our credit ratings and ability to borrow and obtain housing, food, vehicles and other essentials afterward.  A single race and millions of foreign nationals do not experience the same in this country, they are rewarded with great fresh credit ratings for entering our country and despite being the supplier of the number one cause of death in America, fentanyl, and also despite marrying children in their country of origin and all crimes committed, these foreign people are not forbidden to work and enjoy higher education and other opportunities because of criminal lifestyles and crimes committed in the country of origin, the American People are forbidden from all of it whenever we so much as sneeze in public.  It is unavoidable to see how foreign cultures and countries entire populations are surpassing the American People regarding property and livelihood.  I actually engage with the public unlike the lawyers and defendants listed in this case and I am forced beneath foreign people and policies.  I am not enjoying my own civil liberties, privilege and freedom.  In fact I testify that no race of American People is being allowed the privilege and opportunity which Illegals are.  I am like my entire generation is, deprived and forbidden from all opportunity which my ancestors supplied and which a bunch of lawyers and unlawful officials are taking and exploiting foreign populations and people to cause damage to me, my life and in order to take everything from us, this includes opportunity, property and life.

When I was 17, I bounced a check for $250.  I was charged with a felony for that, case 1:25-cv-00189-AKB is addressing the matters, I was forced to serve two successive sentences for the bounced check while deprived of substance I cannot live without, this also deprived me, a Type One Juvenile Diabetic access to health care and humane treatment, years following I lost the ability to walk, when I would crawl into social services offices, I am not Hispanic and I was turned away.  I was from that point forward denied jobs, housing, education and lifesaving

11

medicine for a lifelong chronic illness, and until it killed me.  Unlike the rest of my generation of American People, I did not die because of the supplied fentanyl, although it became more readily accessible than insulin, I was treated with psycho social therapies and addiction recovery therapies instead of insulin.  The primary means of using Medicaid and the Affordable Care Act is if one develops an addiction in their youth to one of the illicit substances being supplied by the illegal immigrants, I was not allowed to use Medicaid for insulin or to treat frequent coma, or even to get bone replacements during the six years I could not walk, resulting from the deprivation of insulin and that killing my bones.

I do not enjoy two countries constitutions and civil rights, there are those who are rewarded by supplying the number one cause of death to my people, then they are rewarded with great credit ratings, good jobs and opportunity at my expense and at the expense and cost of American People and our lives.  When did the American People decide that our medicine and our home was up for grabs, and now as current administrations are seeking to expose and rectify the foreign policies, Federal Courts refuse the People to assemble a jury, in addition, the Federal Courts have employed the news to disinform the people and suppress our voice with that of foreign populations and consistent with the Federal Court's, especially while how many Americans are not eligible to vote or speak, and while foreign People are given our voice while residing in other countries, the news is controlling the American People and we are being subject to foreign rule in this Country.

The Courts abuse process and allow for anti-slapp laws to defeat any and all claims against news companies, the only organizations with a capacity to cause significant harm, and the news and Government propose that anti-slapp laws are in place to stop non-meritorious lawsuits being brought against persons, while it is only the News Companies who can benefit

from such laws, all States with these laws are enforcing law that abridges in the civil liberties and

privileges of the American People and do in fact supply a disproportionate level of protection for

News Companies so Officials may use the News for propaganda and to disinform the People.

Every time a jury is silenced and when a jury demand is made with merit, the Federal Court

violates the First Amendment and silences the People.

There is no question, that were I living in Mexico or El Salvador, I would have been

allowed insulin and aid much sooner in life.

There is a plot to destroy the country.

There is no evidence that China has announced a 30-year plan to take over the United States. This claim is a misinterpretation of China's broader national strategies, which focus on surpassing the U.S. as a global superpower economically and technologically, not through a military takeover. 🔗



Attorney General (.gov)
https://www.texasattorneygeneral.gov › globalopioidsett... ⋮

Global Opioid Settlement | Office of the Attorney General
The recent settlement with Purdue and the Sackler family brings Texas' combined share to $3.347 billion, with Purdue and the Sacklers paying an estimated $286 ...

The assertion that fentanyl comes from Mexico is incomplete; Mexico is a major producer and trafficker of illicit fentanyl, but the precursor chemicals often originate in China. Mexican transnational criminal organizations (TCOs) like the Sinaloa and Jalisco New Generation Cartels (CJNG) import these raw ingredients and manufacture the finished product in clandestine labs for distribution in the United States. 🔗



Get Smart About Drugs (.gov)
https://www.getsmartaboutdrugs.gov › media › dea-ad... ⋮

DEA Administrator on Record Fentanyl Overdose Deaths
For Americans age 18-45, the leading cause of death is fentanyl overdose. The addictive drug is responsible for nearly 70% of the United States' 107,000+ ...

The statistics indicate that China is bent on surpassing this Country. That while in our youth foreign Hispanic populations have supplied the American People, the assertion of the activities taking place during our youth being affirmed by the age group who is dying on a wide spread scale, also it is important to point out that China supplies the compounds to the Hispanic suppliers, who distribute the deadly poison to the American Youth through gangs founded in America by Hispanic immigrants.

The survivors of my generation, are mostly incarcerated for drug related offense. We are all being wiped out and it is part of a plot to destroy this country and to take everything from the American People, the focus being on the white race, while it is impossible to do so without corrupt officials benefitting from and who are allowing this plot.

As can be seen when the lawyers and officials can benefit from our demise, they are quick to do so, when Pfizer was sued for contributing to the opioid epidemic, they were effectively stopped, but when these foreign countries persons and American enemies are threatened with deportation, officials and news companies abuse process and allow them to further advance past the American People's demise and deprivation and the officials allow them to stay and establish by other means than the means which they employed in order to weaken the American People.

Would the news or Government dare to allow the voices of millions of American Citizens being held in prisons be heard? No, but millions of foreign voices are a hecklers veto and are suppressing the American People's.

There is no due process for the prevention of genocide and death of my people, especially while this proposed due process of law is being extended to millions who are not persons of America and whom are not living under our laws when they unlawfully enter this country, my

14

home, with intentions of robbing the American persons of our lives, property and land.

When the Federal Court acted on writ of habeas corpus and stayed the deportations of several unlawful actors who are bent on destroying the country, that Court and the listed defendants abuse process, the habeas corpus applications were not heard and allowed for addressing the conditions and legality of confinement, the sole purpose of any such action is to address confinement, and the reasons behind the Federal District Court entertaining writ of habeas corpus  because they hoped to stay expedient deportation, proving that the habeas corpus action was misused in order to argue deportation and not to address confinement.  This is an unlawful advantage being supplied to illegal immigrants and one race, above the American People.  Statistically, the same United States District Court has not taken hardly any action in response to applications for writ of habeas corpus filed by US citizens actually serving unconstitutional sentences.  The applications and writs for habeas corpus did not require the exhaustion of administrative remedies and this would have been a requirement for the filing of an application for writ of habeas corpus when a citizen files under section 2254 and 2255 in order to challenge the legality of confinement.  The US District Court did violate the Fourteenth Amendment by abusing process and violates equal protection strictures, while advocating for the persons and race that is plotting on and executing the destruction of America.  The US District Court of Maryland is contributing to the advancement of a plot to destroy the country and further violates the 14th Amendment as they are abusing process for the benefit of a single race.  It is discrimination, and these offenses are causing destruction to the American People which aids the foreign countries and their people while depriving the American People of freedom, life, liberty and property.

The American People do not get to vote a United States District Court Judge into office,

15

yet the media is censoring out our voice and is broadcasting the voices of tens of millions of foreign people who are supporters of the abusive practices and policies, and who are the support and backing of unlawful officials as they betray the American People.  The news outlets are inciting offense, they are censoring, and they are influencing officials and disinforming the American People and specific to the demise of the American People with bad credit and assumed to have white privilege.

## Joinder

It has been held in the US District Court, that the claims and defendants listed are not misjoinder, despite the differing locations of offense, all the offenses and actors listed are participating in the same policies and plot, and this case involves a spree of federal offense. There are provisions allowing for joinder, this is for purposes of conservation and probable cause that the case and defendants are joindered.

## Immunity

The Officials listed in this case are acting with a clear absence of jurisdiction, they are loyal to foreign cultures and governments who are bent on destroying the country.  The United States Solicitor General will be compelled to prove otherwise, I make a jury demand for these matters.

16

I raise Bivens claims against federal officers in their individual capacities and that gives rise to punitive damages sought.

## Jurisdiction

The Claims involve both diversity jurisdiction because defendants operate in five differing states, also the amount in controversy does exceed $75,000.  The claims are all issues of federal question and involve crimes committed crossing state lines and federal offense. I invoke multiple jurisdictions, Federal Question, Diversity, and Bivens.

## Background Section II

It is undisputed that I Edward Hoid am a Type One Juvenile Diabetic and that I was never allowed insulin and proper chronic medical care as such, until November 24th, 2024 at age forty.  It is undisputed that the neglect and abuse caused me incapacitation for long standing periods and hindered me of the ability to walk for six years, until the dying bones were replaced.

It is undisputed that state actors and government have leveraged on this life-threatening condition and the involuntary incapacitation during malicious prosecutions triggered by egregious news offense and incitement to commit the offenses.

Sometime in 2016, I was crippled, my bones had died in the hip joints, it is undisputed fact that raging high blood glucose content topping >1,000 mg/dL for long standing periods of time destroyed blood vessels in my joints, killing bone and hindered me from the ability to walk, while I was constantly, mentally and physically incapacitated, I am a Type One Juvenile Diabetic

and never was allowed access to insulin or any medical care, until 2024. In 2016 I was crawling around incapacitated and was in coma many days or under Hyperosmolar Hyperglycemic State (HHS), desperate to consume dozens of gallons of water within hours until coma and remarkably survived by that means for years. In 2016 I rented a room, prior to any rap sheet, at a transitional living center, it was all I could afford, due to me not being able to support myself, and due to persecutions by reason of my involuntary disability and my gruesome appearance involuntary peculiarity. I love my church, my family, people, and I love Jesus Christ, my parents, (3), are wholesome saints and we love kids and animals. I was constantly under attack and became competition to homeless addicts, my parents had become convinced over time that I was a loser and a criminal in place of knowing that I was actually coping with the impossible and tormented without insulin. The homeless addicts I was forced to be around would turn their focus on my family and their generosity; however, my family would be taken advantage of and derelicts I was forced to interact with would sabotage my family relations for gains. I was evicted from the housing center, because I could not walk, because of incapacitations, and because of unlawful and disgraceful prejudice. I was crawling around outside, not wanting to tell my family I was evicted, they did not know why I was continually failing and acting so peculiar, untreated Type One. It was a cold snap, I got frost bite, and went into HHS and could not stop drinking water. Three days after eviction, I crawled into the transitional living center, not on parole or serving any sentence, I crawled into a bathroom, on camera, I drank 12 gallons of water within hours, then I crawled out of the center, to the other side of a fence and went into coma. I don't remember doing this, the recordings, in criminal discovery resulting from this and by reason of qualifying disability, are what indicate that I did. The Fort Collins Police were called because I entered without permission. I came to and crawled into a bathroom on the CSU campus nearby,

18

I began consuming more water, the Fort Collins Police arrived there and shood me out, then told me to depart the campus, on foot, while my bones were dead and movement was agonizing, they followed behind me in their car watching me in agony, crawling and limping across a couple of miles of campus streets.  I entered a church, I was begging for help, and did not realize the church was on campus still.  The Fort Collins Police entered the church, asked the pastor what I was doing there, the pastor confirmed that I was asking for help and transportation to a hospital, the police made me leave the church, and crawl away.  I was charged with burglary for these incidents, drinking a bunch of water at the transitional living center.  Were I afforded sanctuary or asylum protections, or if it weren't the case that abusive policies aim to deprive citizens in order to bring us all down to the same substandard mistreatment, citizens and non-citizens, that would result in different outcomes and lawful, humane treatments, civil rights seem to be too expensive, so it appears, in avoidance of dispersing aid and federal subsidies and medicine, the practice is to imprison people in Colorado by reason of needs and disability, that is fact. Lobbying firms cause the state to enforce law that abridges civil liberty and privilege, such as attorney Ashley Kissinger of Ballard Spahr and the influence she has had in 2019 on behalf of unlawful speech and involving Colorado's unlawful anti-slapp strictures, and the misuse of public offices which enforce abusive policy, preoccupying public funds and deployment of unconstitutional laws and practice.  The US District Court conferred with Balard Spahr attorneys, without my knowledge, the Court dismissed my defamation claims, which I had hand written from prison where I was held without charges because of the news defendants broadcasting, unlawful statements accusing me of beating a 71 year old to death, and so while I was obviously under extraordinary circumstances, unlawfully, offenses incited by the news defendants, my claims were dismissed, I now demonstrate violations of equal protection laws.

19

The government and news defendants have wasted a lot of public resources and time in order to afford the news defendants an unlawful evasion of law and accountability, while observing egregious offense and choosing to falsify documents and public records, offenses incited by the news defendants and committed knowingly and willfully by unlawful officials who are surrendering their position of acting under color of law since they chose to commit offense and participate in lawless activities. Case 25-1058, Hoid VS Gray Media Group Inc. is the resulting appeal after the District Court conferred with the opposing party involved in a lawsuit I filed regarding that defendant broadcasting in view of the entire public that three imaginary men had attacked and beaten a 71 year old to death and robbed him, the news defendant and state government had concealed the offenses and the news defendant had incited a great deal of egregious and life threatening offenses. The same District Court had already held that I was encountering exceptional and extraordinary circumstances which prevented me from participation in litigations surrounding the incidents explained in what follows, case 1:23-cv-00462-MEH was placed on administrative closure for the re-opening when the circumstances changed and that would afford me to uncover all that was falsified and concealed. Case 1:24-cv-01127-PAB-MEH, the same district court issued a contrary opinion, after allowing the news defendant to fail to appear to hearings where the news defendant would have to demonstrate that their speech was lawful in order to dismiss claims. Unlawful, untrue statements broadcast in view of the entire public, statements that incite violence and lawless acts with intentions, are very obviously not lawful. The District Court conferred with news defense two times without my knowledge, then suddenly the District Court withdrew a recommendation for administrative closure for the case and issued a report where the Court recited the news defendant's defamatory statements as the basis of dismissing my defamation claims, and further tried to punish me

20

through imposing fees and costs associated with the news defendant's offense.  The District Court knowing how my family was ruined and my kid's innocence robbed, in addition to knowing that I was imprisoned without charges because of the news offense, for an imaginary high-profile homicide.

The US District Court refuses to dismiss the claims against Donald Trump of defamation in the following case, claims that are not founded anyway.



This demonstrates that the news defendants are inciting abusive policies and unlawful offense. This double standard requires that either the claims against Donald Trump qualify for immediate dismissal, like the claims I filed, or that the US District Court needed to refuse to dismiss my founded claims that aimed for decent and good upbringing of the next generation, in other words aiming at accomplishing what is good for the American people and affirming our rights opposing the hostile unconstitutional officials and lawyers.

Going back to the burglary charge by reason of qualifying disability, abusive policy and unlawful acts incited by news, law firms and corruption;



I was placed in a working halfway house and I was never capable of succeeding there due to incapacitation and not being able to walk or work. I was regressed by reason of qualifying disability, never having insulin as an insulin dependent type one juvenile diabetic, this is what resulted in me becoming supervised by parole in Colorado and did not result in bone replacements, I did that myself after crawling around in prison, as an untreated type one juvenile diabetic. The parole sentence was a successive, determinate three-year term to a 66-month

determinate term. I served the second determinate sentence in the worst maximum-security prison in Colorado, Sterling Correctional Facilities High Side, because of news incitement and for purposes of fraudulently concealing news offense, without charges.

00:04:17 Speaker 2
OK.

00:04:19 Speaker 1
So I won't take your plea today regarding this new conviction because proof of conviction is proof that you violated your.
00:04:25 Speaker 1
Parole. Any questions about that?

00:04:29 Speaker 2
No, ma'am.

00:04:30 Speaker 1
The technical violations in the the technical allegations in the complaint are dismissed without prejudice. So what that means is that the division can talk about these allegations when they give their statement. However, it's nothing you can be found guilty of today. Does that make sense?
00:04:49 Speaker 1
Alright, so from the from the division officer Derito, are there any mitigating or aggravating factors I should be aware of or recommendations?

00:05:00 Speaker 3
Yes, it is, ma'am. Mr. Mr. Hoyt right now.
00:05:04 Speaker 3
Is currently a suspect in a homicide high profile homicide.
00:05:12 Speaker 3
The division is on. The division is taking verification because.
00:05:17 Speaker 3
We will be able.
00:05:18 Speaker 3
To work may be a danger to it's still a danger to.
00:05:20 Speaker 3
The public no formal charges have been.
00:05:24 Speaker 3
Filed yet because it's still under investigation.

Dec 28 2020 - Parole Hearing audio file HOID 178706_362d_12.28.2020 (1).m4a    Page 4 of 11

*(Source CDOC Open Records 12/28/2020 Stanley Jerido and CDOC in place of tribunal, reciting news offenses and imprisoning me for imaginary high-profile homicide without charges, there was no homicide, there was no investigation.)*

I love my church and love being nice to people, just like my wholesome, saintly parents.



UCHealth Family Medicine Center - Fort
Collins
1025 Pennock Pl
Fort Collins CO 80524-3257
O: 970-495-8800
F: 970-495-8820

**uchealth.org**

February 11, 2025

Re:        **Edward H Hoid** (DOB: 3/19/1984)

To Whom It May Concern:

I am the primary care doctor for Mr. Edward Hoid. He has been under my care since October of 2024 and during this time I have treated him for the sequelae of head wounds and head trauma as well as very poorly-controlled type I diabetes mellitis. Per his report, his type I diabetes was not treated appropriately while he was incarcerated. Certainly from my perspective his type I diabetes has not been under control for the past 3-6 months. Type I DM is insulin-dependent diabetes, and always requires treatment with insulin. Any time Mr. Hoid was not treated with insulin would be sub-therapeutic treatment.

Additionally, Mr. Hoid has a clear record of avascular necrosis of the hip. While this occurred prior to my caring of Mr. Hoid, he does have mobility issues now secondary to this medical condition that impact his day-to-day life and this could be related to prior undiagnosed avascular necrosis.

Mr. Hoid does have scarring across his face as well as history of trauma and current mental health struggles likely related to his significant head and brain injury he has sustained in the past.

While I have been unable to verify with outside sources the reasons for these wounds, I have no reason to doubt Mr. Hoid's explanations of the injuries he has experienced and his story has always been consistent. As previously noted, any time Mr. Hoid was not receiving insulin for his type I diabetes he was untreated.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

_, MD_

Electronically signed by:
Lauren McVeigh, MD
Dept: 970-495-8800
2/11/2025, 9:38 PM

| Edward H Hoid | DOB: 3/19/1984 | 1 of 1 |
|---|---|---|

*(Source: Current treaters, proving exceptional and extraordinary circumstances, unlawful torture incited by the defendants)*

Please review the diagnosis of "Severe Human Suffering", very apparent extraordinary circumstances, developed because of and through the offenses, and deliberately even to accommodate the evasion of justice associated with the offenses.

Mr. Hoid was administered a series of symptom self-screeners: ACE, LEC, GAD-7, PHQ-9, DAS and RISB. The (ACE) Questionnaire is a 10-item self-report measure developed for the ACE stud to identify childhood experiences of abuse and neglect. Mr. Hoid's score of (1) indicates an *Averag* range for future health concerns from adverse childhood experiences. According to the LEC-5, he reported experiences: *Fire, Exposure to toxic substances, Assault with a weapon, Captivity, Life-threatening illness, and Severe human suffering.* He felt his anxiety was in the **Moderate** range of distress, according to the GAD-7. Also noteworthy, he reported depression on the (PHQ-9) items, in the **Mild** range malaise. He was in the **Mild** range for substance abuse use on the DAST

In conclusion, the above mental health diagnosis appears clinically appropriate in my opinion: Type diabetes, Hypothyroidism, Somatization, and Dependent Personality (Tobacco, Amphetamine, and caffeine] use. I thought Mr. Hoid's cognitive functioning was within **normal** limits for his age grou It does seem that Edward is newly understanding that his under-diagnosis illness likely caused man problems related to his inter-section into the legal system. He was likely concerned about his low bodily energy and attempted to use amphetamines to over-compensate this deficit. Unfortunately, this use, along with some criminogenic attitudes, led to a second DOC incarceration. Below are some recommendations for Mr. Hoid and the treatment team to consider:

<u>Recommendations:</u>
- At this time, Mr. Hoid will have an increasingly difficult time comprehending and utilizing mental health programming effectively.
  - o  Treatment considerations involve issues that can be essential elements in case management and treatment planning. Interpretation is provided for three general areas relevant to the treatment: behaviors that may serve as potential treatment complications, motivation for treatment, and aspects of Mr. Hoid's clinical picture that may complicate treatment efforts.
  - o  Concerning suicidal ideation, Mr. Hoid is not reporting distress from thoughts of self-harm.

My kids suffered similarly, their mother is an immigrant and so shouldn't they, according to the current controversy surrounding treatment of immigrants versus citizens, be given exceptional allowances and surpassing privilege, entitling them to relief without opposition, on their Dad's behalf even?

## STATEMENT OF CLAIMS

Longmont Police responded to a reported fall while I was incapacitated in a field a far distance from where a fall did occur, for unknown reasons the police questioned a man who bumped the back of his head and had sustained a brain swell, no crime was reported, the police did solicit the paramedics and hospital to participate in delaying a much needed surgery for head trauma, the man who fell was not allowed a surgery for a long time and that killed him 11 days afterward in a hospital.  The police and department of public safety issued a press release eight days after the fall to every news outlet, the press release was composed of two other stories authored by other news outlets in response to a private investigator's reports and not any information supplied by police themselves, the news fiction supplied by police accused three imaginary men were associated to robbing the man who fell.  This was incited by the wife of the man who fell, reporting that military trained homeless men attack the man who fell, with knives on the bike path, while the man who fell rides his bike home from basketball courts every day. Each news outlet reported varying versions and recited other news reports, the news defendants broadcast in view of the entire, and national public, video reports accusing three men of jumping, robbing, beating and murdering the 71-year-old man who fell.  No charges ever resulted nor warrants for imaginary high-profile homicide.  I did not go to court, I did not commit any crime and I was sent to maximum security prison for years, admittedly by parole and the state of Colorado, because of what the news authored, published, and reported on air, numerous times each over a spanning three weeks of broadcasting, The State of Colorado colluded with Ballard Spahr and news defendants and allowed the News Defendants to use the prison to prevent me discovering the offenses.  I was nearly murdered by the misled public and then the news defendants reported on the date I was arrested that I was arrested for the death of and/or the

26

killing of and/or related to the murder and/or death of the man that fell. Then the state, courts and law enforcement staged crime scenes, falsified legal and federal records and staged a homicide investigation, while holding me in maximum security prison where I was never allowed insulin during COVID, and doing so in order to waste time and afford the news defendants a fraudulent defense strategy later on, knowing that I would one day, as soon as possible, and if I should somehow survive, seek retribution and prosecutions. I did miraculously survive, the family unit did not they are ruined, my kid's innocence did not, the defendants hope to keep the injury over them. I will not stop ever until justice for us, by any measure or means. The courts, prosecution and news defendants have all falsified public records, legal documents and staged a criminal investigation, I retain undisputable proof, which is fraudulent concealment and does hinder the people's thought and capacity of free speech since the information on public records and in view of the public is false and fraudulent. People tried to murder me in reaction to the news defendant's heinous offenses and this is the news inciting civil rights violations and violence, offense was acted out against my small children. Their future is hindered because of known to be incited offense on a wide spread scale. They also think dad beat a 71-year-old to death, so does their mother, and the courts thus far don't care about that, proven as they report verbatim the information supplied by news defendants on legal and federal record in response to lawsuits I filed seeking counter statements, just as the police chose to do. My children are deprived of a parent permanently, the damages to their father and their reputation during their childhood is permanent, the damages to their father knowing this and at the same time as being maimed, attacked and crippled by reason of news defendants getting away with anything disgraceful or that harms the people, all for the purpose of controlling a crippled people, is permanent, but my will power is unsurpassed. The courts tried to punish me for filing claims, I

27

am now disabled and don't care, what's the worst that could happen, and they forget that I have

lost everything and suffered all, already.  Would they garnish disability benefits?

Below displays, the sanctuary practice and unlawful activities which both the State of Maryland,

the State of Colorado and the US District Court operating in both States, are engaging in.



The News outlets, and a petition signed by six million Hispanics made it okay that this man

killed four people.  This man does not speak English and the influence involved in Maryland

when they abuse process and allow habeas corpus petitions to stay deportations, not actions

addressing confinement and not requiring exhaustion of administrative remedies in the

immigration courts, the US District Court of Maryland does violate the 14th Amendment and

abuses process, they supply a disproportionate protection of law to persons not acting under the

law when they enter the country illegally, especially when considering how many habeas corpus

actions under section 2254 and 2255, have resulted in zero actions taken and no results for

American Citizens who are required to exhaust all remedies and cannot file for writ of habeas

corpus except to challenge the execution of a sentence and confinement.  The States like

Colorado and Maryland aren't detaining the Hispanics anyway and so it is abuse of process and

is a disproportionate advantage being supplied to a race and foreign people it is also

discrimination.

LAKEWOOD, Colo. (KDVR) – Denver Police told FOX31 that there were 500 reported catalytic converters stolen in the first three months of this year alone. That's more than five every day.

Denver Police are warning the public that it's not just a costly nuisance but could be dangerous as well.

Thieves are starting to post an armed lookout to intercept anyone who catches them in the act.

Since March 2019, there have been 135 reported violent confrontations during catalytic converter thefts, or attempted thefts.



Police do not recommend confronting these thieves like a Lakewood man did because if they do have a weapon things could turn violent.

Brian Derry and Sarah Schroeder were driving back from Palisade on Sunday afternoon when they came across a man who was under a car in their neighborhood.

This is where FOX news got the information when they published the following about me,



# Longmont police search for suspect in robbery and ...

The Longmont Police Department is searching for a man they say beat a 71-year-old man to death and stole his bike.

**Local News**   4 years ago

Brian Derry had been supplying fake stories to FOX News, (see above) and (see below)

**From:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Sent:** Saturday, November 21, 2020 10:34 AM
**To:** Brooklyn Dance <bdance@prairiemountainmedia.com>; Kelsey Hammon <khammon@prairiemountainmedia.com>; 4 News <kcncnews@cbs.com>; 7 News <newstips@thedenverchannel.com>; 9 News <desk@9news.com>; KDVR Tips <KDVRTips@kdvr.com>; Times Call <tcnews@times-call.com>; Robin Ericson <Robin.Ericson@longmontcolorado.gov>; news2@nbcneb.com <news2@nbcneb.com>; editor@nptelegrapg.com <editor@nptelegrapg.com>; dee.klein@nptelegraph.com <dee.klein@nptelegraph.com>; andrew.bottrell@nptelegraph.com <andrew.bottrell@nptelegraph.com>; Monte Whaley (monte@longmontleader.com) <monte@longmontleader.com>
**Cc:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Subject:** Press Release - Wanted Party

Hello All,

Please see the attached press release in reference to the Randall Schubert death investigation. For our media representatives in Nebraska, I have included some links for background. We have information he may be staying in Brady, NE, which is between North Platte and Kearney, which is why I included you in the email. I will also be sending information to the Nebraska State Patrol. I would appreciate if you could share this with your Nebraska affiliates along I-80. I do not have any vehicle information.

Feel free to call me if you have any questions.

Thanks, Jeff

*Each agency reported differently this is not a ridiculous/soft spree.*

https://www.timescall.com/2020/11/18/longmont-police-release-new-photos-of-person-of-interest-in-attack-that-led-to-71-year-old-mans-death/

https://kdvr.com/news/local/longmont-police-search-for-suspect-who-beat-71-year-old-man-to-death-stole-his-bike/

The Police supplied FOX News's stories which they authored, verbatim, to every news outlet in multiple states and to multiple states law enforcement, no actual facts or information arising from any events.

I was sent to maximum security prison in order to prevent the discovery of the offenses, where I was refused insulin as a Type One Juvenile Diabetic, these Federal District Courts cannot supply unlawful immigrants due process while at the same time allowing this to happen to me, just because I speak English and am not an illegal immigrant, and they have, across the country. When it was time for me to finally file a writ of habeas corpus, for undisputed egregious offense, the writ was immediately denied.



Applicant,

v.

STATE OF COLORADO ATTORNEY GENERAL, and
COLORADO DEPARTMENT OF CORRECTIONS DIVISION OF PAROLE,

Respondents.

---

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

**Richard T. Gurley, United States Magistrate Judge**

This matter comes before the Court on the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 9)[1] ("the amended application") filed *pro se* by Applicant, Edward Hoid, on March 19, 2025. The matter has been referred to this Magistrate Judge for recommendation (ECF No. 42).

The Court must construe the amended application liberally because Mr. Hoid is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110.

The Court has reviewed the filings to date. The Court has considered the entire

---

[1] "(ECF No. 9)" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Recommendation.

## I. FACTUAL AND PROCEDURAL BACKGROUND

Mr. Hoid, who currently is on parole, is challenging the validity of his conviction and sentence in Boulder County District Court case number 20CR2138. "In January 2021, the People charged Hoid with identity theft, first degree trespass, felony menacing, misdemeanor theft, and criminal mischief." (ECF No. 19-5 at p.2.) The charges stemmed from a series of incidents in Longmont, Colorado, in November 2020. On November 5, 2020, Randall Schubert crashed while riding his bicycle on a bike path and fractured his skull.[2] According to the Presentence Investigation Report, Mr. Hoid

However, what can be seen above it was confirmed that this 71-year-old fell.

It was confirmed that I was held in maximum security prison because of hundreds of news reports accusing me of being black and of beating the 71-year-old to death.

Richard Gurley and Lewis Babcock of the United States District Court did so and took no actions similar to Judge George Russell III who stayed deportations in response to habeas corpus actions.

The same news is granting a massive amount of publicity and is broadcasting the voices of millions of Hispanics supporting the Constitutional law violations committed by the officials while they protect and advocate for one race advancing beyond another.

Type Edward Hoid into Google.  My liberty and freedom, like those of my race and generation, is deprived by the practice and policies enacted in Maryland and Colorado, and by the United States District Court.

Below displays the US District Court censoring the record, falsifying the Federal record and which was published online, the same US District Court issued a contradicting opinion after

33

colluding with Ballard Spahr and the News, When I sought relief from the same actors who are

inciting an invasion of this Country, racism and violence, the Courts do not advocate for justice

see below; the US District Court chose to falsify the Federal record in order to conceal news

offense, while the news is promoting one race and influencing the US District Courts to allow a

country to take over mine. The practice by the Federal Officers listed is illegal and is a common

practice in both Districts mentioned, and throughout the nation.

What is the process for impeachment? The Defendants in this case are not misjoindered, it is a

shared plot to destroy the nation.

**Chief Judge Philip A. Brimmer**

Civil Action No. 24-cv-01127-PAB-CYC

EDWARD HOID,

    Plaintiff,

v.

GRAY MEDIA GROUP, INC., d/b/a CBS KKTV 11,

    Defendant.

---

**ORDER**

---

    The matter before the Court is the Recommendation of Chief United States Magistrate Judge [Docket No. 64].

I.    **BACKGROUND**

    On February 29, 2024, Mr. Hoid filed this case in state court. Docket No. 4. Mr. Hoid brings two claims against defendant Gray Media Group, Inc. ("Gray Media") for defamation based on Gray Media's news coverage surrounding an assault and robbery which Mr. Hoid disclaims having participated in. *Id.* at 2–10. On April 23, 2024, Gray Media removed the case to federal court. Docket No. 1. On April 30, 2024, Gray Media filed a motion to dismiss Mr. Hoid's complaint pursuant to Colo. Rev. Stat. § 13-20-

## FACTS

It is undisputed that on November 5th, 2020, 71-year-old, Randall Shubert was riding a bike, returning home from basketball courts and with a basketball bungeed to a rack on his bike.

It is undisputed and recorded fact that at the same time, I was having work done on my truck and traveled by foot during this time, to visit an ex-girlfriend.  I was also still an untreated Type One Juvenile Diabetic.  The ex-girlfriend lived near a museum in Longmont, CO.  I went into HHS and coma, at the museum, proven during a long police interview when I could not even recall there existed a museum and didn't remember being there, it was also stated that I had not had the opportunity to see news offenses I was preoccupied dodging incited violence, a manhunt triggered solely by news fiction.  A man, Craig Stevens was filming a movie in the museum at the time I was in coma and incapacitated at the museum, his co-workers called police because I fell onto Craig Stevens car, and apparently, I sat in the car.

Craig Stevens reported to police that I did not threaten him what so ever, that I did not appear homeless, that I was acting very peculiar and stated that he did not wish to pursue charges and that I stumbled into a neighboring field.  I did stumble into a field and face planted in that field, part of diabetic keto acidosis as a never before treated Type One.  I was reported to Longmont Police a "**5'9''** tall black man", I am 6'1'' tall and white.  At nearly the exact same time a 911 call was placed because Randall Shubert, who had a medication patch on his head, somehow Dropped the basketball, which was recovered a distance away from where the 911 call was placed; Randall Shubert was dismounting his bike in order to retrieve the ball he had dropped while riding, and while I was recovering from my face in the field between the bike path

where Randall Shubert rode, and the museum I don't remember being at.  The 911 Call was recorded the caller reported the man, Randall Shubert had fallen, and that it was fresh.  While dismounting the bike Randall Shubert somehow oriented himself to one side of the bike, and teetered back, he tripped while dismounting and bumped his head once on the back of his head.  I was able to very vaguely recall seeing him from a great distance.

Jason Malterud was taking the report from Craig Stevens at the museum Jason Malterud thought I was a 5'9" tall black man acting peculiar.  Jason Malterud left to assist in a reported fall.  See below.



Months after the news defendants authored and published in view of the entire public, accusations that Randall Shubert had been beaten to death by three imaginary men and was knocked off of his bike, robbed, assaulted and killed, Jason Malterud reported the following,

## Longmont Police Department

| WIT | 3 | Type I | Name SCHUBERT.ELIAS | | MNI 988868 |
|---|---|---|---|---|---|
| Race W | Sex M | DOB 12/20/1976 | | | |
| WIT | 4 | Type I | Name SCHUBERT..JACKIE | | MNI 721027 |
| Race W | Sex F | DOB 10/20/1950 | | | |

Page 1 of 9

### Person Summary

| WIT | 5 | Type I | Name FANNING.ROBERT | | MNI 450813 |
|---|---|---|---|---|---|
| Race W | Sex M | DOB 07/17/1965 | | | |
| WIT | 6 | Type I | Name WILLEMSSEN.KYLE | | MNI 988871 |
| Race W | Sex M | DOB 05/07/1969 | | | |

### Property Summary

| Involvement STN | Description Bicycle: Bicycle BICYCL BRIDGE    GREEN WITH BLACK SADDLE BAGS |
|---|---|
| Involvement STN | Description Article: Identification items WALLET WALLET |
| Involvement STN | Description Securities: CREDIT    RONERT SCHUBERT |

### Summary Narrative

Officer took a report of a male that was knocked off of his bike, bike taken along with wallet and cell phone on the bike path behind 355 Ken Pratt BLVD. Victim has been identified and received major injuries. Video of suspects using the victim's credit cards and dumping his cell phone have been obtained. Case is under investigation.

"Officer took report of a man that was knocked off his bike…suspects using man's card…".  The

37

Longmont Police began to report the fiction authored by news companies and entered the

fraudulent reports on legal records.  This being because the news had aired the fiction they had

authored and reported on air accusing three imaginary men of beating Randall Shubert to death

for a bike, also knowing that I would pursue claims, and in order to afford the news defendants

an opportunity to claim they were accurately reporting a criminal investigation, much later on.

I recovered from my face in the field, there was a woman standing next to Randall

Shubert, I couldn't remember who I was or my own name, I was incapacitated, I vaguely

remember the woman who was yelling at me and asking me what happened, the woman reported

that I left, I did, I just don't remember because of my incapacitated state of mind, and other

witnesses reported I was acting strange and reciting a nursery song.  I began to regain awareness,

I remember a homeless man panhandling from me at a nearby 7-11.  I didn't at that time

remember I had a vehicle.

## Longmont Police Department

| Employer/School LONGMONT UNITED HOSPITAL | | | Position/Grade NURSE | | |
| Location 1950 MOUNTAIN VIEW AVE | | | | | City LONGMONT |
| State Colorado | ZIP Code 80501 | Phone Type Work/Business | Phone No (303)651-5111 | | |

### Modus Operandi

Crime Code(s)
ROBBERY

### Narrative

INITIAL INFORMATION :
On Sunday, November 15, 2020, at approximately 11:45 PM, I, Officer J. Hill, was dispatched to respond to Longmont United Hospital (LUH) in reference to VICTIM-Randall Schubert (Randall) passing away.

INVESTIGATION :
Sergeant P. Beach asked me to respond to LUH to meet with the corner and take pictures of Randall for evidence.  Sergeant Beach notified the on call detective, Detective S. Desmond.

I responded to room #4104 and met with Randall's nurse, OTHER-Valerie Delgado (Valerie). Valerie informed me Randall stopped breathing at 9:50 PM and she pronounced Randall deceased at 9:52 PM. The death certificate was going to be signed by Doctor John Massone.

Valerie further informed me Randall arrived at LUH yesterday (11/14/20) and due to his deteriorating condition, Randall's family placed him on hospice with a do not resuscitate order and removed his ventilator. While at Longs Peak Hospital, Randall had a craniotomy due to sustaining a subdural hematoma and subarachnoid hemorrhage during the original incident on 11/5/20. Valerie said Randall did not appear to have any other major injuries or medical issues.

Randall Shubert sustained no injuries during the fall except a subsequent sub-dural hematoma.  It

was known from the very beginning that he fell and bumped his head one time, and was not beaten to death, was not robbed and was not assaulted, the news authored the stories accusing three men who were never present, of knocking Randall off of his bike, beating him, robbing him and killing him. The news companies very obviously did not report accurately information they were supplied, but in fact and being displayed, the police reported months after, the heinous fiction they were supplied with through televised news stories, courts also participated in this activity, but in different ways, while issuing differing and contradicting opinions involving the same incidents. Public endangerment is held, and the public are entitled to counter statements and speech regarding the facts and this issue of public interest. The disinformation is depriving the people of free thinking and free speech regarding issues of public safety and concern. When I moved Court's for subpoenas of News activities, not only did the News Companies oppose, Ballard Spahr representing all the News Companies, the Courts, both Federal and State refused while censoring the record and internet. They all violate the First Amendment.

Follows is an example of a person who sustained the exact injury, this person was taken to surgery immediately and lived.



credit: CBS)

'I was just pouring my coffee and then I woke up four days later," said Barclay. "What we pieced together after is I was just standing there pouring my coffee and all of a sudden I just keeled over and shattered my head on the concrete floor."

Barclay fractured her skull in multiple places, striking her head in what the surgeon called the most unlucky spot.

'What stood out to me was... the term unlucky- to hit your head in just that one spot because with this type of an injury, it's called an epidural hematoma, so you cut an artery on sort of the covering of the brain and you have to be very specific where you get hit for that to happen," said Dr. Kathryn Beauchamp a Neurosurgeon with Denver Health.

For Barclay, every second that passed was critical. Her office called 911 right away, and when the paramedics arrived they noted a significant decline in her mental state, indicating a traumatic brain injury.

Similarly, 911 was called, the key difference is that at the scene where Randall Shubert fell,

Jason Malterud arrived before an ambulance, thinking he was pursuing a 5'9'' tall black man, in

a sanctuary community and State.

## AFFIDAVIT FOR WARRANT OF ARREST

### Page 2 of 7 pages

the parking lot and found a man in the driver's seat going through his things. The man got some old chewing gum from his glove compartment, chewed it, and put the gum all over his car. Stevens told the man to leave, and the man told Stevens to say "please." The man was holding a box cutter with the blade extended in Steven's face. Stevens asked him to please exit his car, and the man left his car, threw an old piece of bubble gum at him, and went west out of the parking lot towards an open field and the museum's car charging station. Stevens said he did not feel threatened and he did not want to press charges.

Stevens initially told Dispatch the suspect was a black man, 5'09", mid-thirties, crew cut red hair, "grizzled" and unshaven, wearing a blue t-shirt and jeans, and wearing a greyish backpack. Stevens later said it was actually a white male but his skin appeared weathered as if he had been in the sun a lot. He appeared clean and not homeless.

When the police arrived, they began questioning and frisked Randall Shubert, when paramedics finally arrived, who were busy arriving on the wrong side of a river at first, they questioned Randall Shubert, a man who suffered a trauma to the most, unlucky spot, and who could not speak. Police did follow up work hoping to question Randall Shubert, while he was in the hospital, Randall Shubert was not afforded a craniotomy for a long time, more than a day while police hoped to question him, they solicited medical malpractice that killed the 71-year-old. The surgery was put off, it is reported that Randall may have recovered from a brain swell injury without surgery and that was known to be false and malpractice because of the injury being diagnosed in the emergency room which protocol is surgery immediately, the police hoped to question him if he woke up. The result is that Randall Shubert did pass away because of a single subdural hematoma, a fall accident with no other reported or existing injuries, 11 days later, and he would not have if he had been treated like the woman in the exact same circumstances was, shame on them. The man did not have to die.

41

None of this was my fault, however because the man could have and should have been treated, there is fault elsewhere. I was incapacitated at the same time. I was compliant with the parole supervision enforced because of me drinking 12 gallons of water and for being an untreated Type One Diabetic. I went to Wal-Mart trying to regain awareness, and with a card that was given to me by a homeless man in front of 7-11 when I could not even remember my own name. I began to remember who I was at Wal-Mart; I abandoned everything I purchased outside somewhere later on, and returned to my truck, empty handed, where I went into coma and remarkably survived yet another episode of Diabetic Keto Acidosis or HHS without emergency medical attention.

When I left Wal-Mart, I walked past two strangers at the door whom I have never seen before and whom I do not know, they arrived by vehicle independently.

I continued to work day labor jobs during the following days, not thinking about the events I could not remember anyway.

Without my knowledge, eight days later, on November 13th, 2020, Longmont Police, Jon High, and the Department of Public Safety, Zach Ardis, issued a press release to the listed news outlets below.

From: Jeff Satur <Jeff.Satur@longmontcolorado.gov>
Sent: Saturday, November 21, 2020 10:34 AM
To: Brooklyn Dance <bdance@prairiemountainmedia.com>; Kelsey Hammon <khammon@prairiemountainmedia.com>;
4 News <kcncnews@cbs.com>; 7 News <newstips@thedenverchannel.com>; 9 News <desk@9news.com>; KDVR Tips
<KDVRTips@kdvr.com>; Times Call <tcnews@times-call.com>; Robin Ericson <Robin.Ericson@longmontcolorado.gov>;
news2@nbcneb.com <news2@nbcneb.com>; editor@nptelegrapg.com <editor@nptelegrapg.com>;
dee.klein@nptelegraph.com <dee.klein@nptelegraph.com>; andrew.bottrell@nptelegraph.com
<andrew.bottrell@nptelegraph.com>; Monte Whaley (monte@longmontleader.com) <monte@longmontleader.com>
Cc: Jeff Satur <Jeff.Satur@longmontcolorado.gov>
Subject: Press Release - Wanted Party

Hello All,

Please see the attached press release in reference to the Randall Schubert death investigation.  For our media
representatives in Nebraska, I have included some links for background.  We have information he may be staying in
Brady, NE, which is between North Platte and Kearney, which is why I included you in the email.  I will also be sending
information to the Nebraska State Patrol. I would appreciate if you could share this with your Nebraska affiliates along I-
80.  I do not have any vehicle information.

Feel free to call me if you have any questions.

Thanks, Jeff

https://www.timescall.com/2020/11/18/longmont-police-release-new-photos-of-person-of-interest-in-attack-that-led-
to-71-year-old-mans-death/

https://kdvr.com/news/local/longmont-police-search-for-suspect-who-beat-71-year-old-man-to-death-stole-his-bike/

The press release reported "unknown number of suspects associated with robbery…", the press

release supplied information accusing the three strangers at Wal-Mart of robbing Randall

Shubert for a bike.  The police knew the statements were false at the time, so did the news

defendants, this is **INCITEMENT, ABUSIVE POLICY.**

Notice the links to video reporting and publications authored by news defendants, the news

stories reported that I had beaten a 71-year-old to death, and that three men had attacked and

killed Randall Shubert, the news offenses were again leveraged on by police to incite violence

and crime against my family and I on a national scale.  The police knew the stories were offense

and did intend to use the offenses to incite lawless acts and violence.  Both the news and police

succeeded.  The offenses were committed crossing state lines.  Courts are aware of this and other

violent crimes, the news defense lawyers know this, the police know this and all of the

43

defendants in the caption, including four unlawful appointed defense lawyers who know and knew that my family's children were placed under imminent threat and in danger, that my elderly parents were placed under imminent threat and that I was as well and that the public were incited to commit offenses through known to be untrue accusations the news authored and tailored with intentions of convincing the public that I had beaten a 71 year old to death, or that three black men had jumped, beaten and killed the 71 year old, with intentions of inciting the people to violence and lawless acts against my innocent family and self.  We were forced to take on the unlawful violent government, lawless, violent police, lawless and violent prisons and state actors, fraudulent judicial activities and the entire public misled to violence and abuse.  The defendants are all obligated reporters of violent crimes, crimes towards children and the other offenses, none have fulfilled that obligation, instead they support and participate in the offenses and keep the kids in danger, the public in danger and my family and I under imminent threat, the courts have observed the heinous and violent offenses and are obligated to report the crimes to the Department of Justice and the F.C.C. for criminal prosecutions, the fact that the courts have instead participated in concealment and falsifying documents is a violation of the fourteenth amendment, and violates equal protection of the law, law and courts that only exist because of my family, the people and myself, now turn towards trying to oppress the American people.  The news offenses which were cast to other states law enforcement and news outlets by police, Jeff Satur and by the Longmont Department of Public Safety, Zach Ardis, were concealed while I was imprisoned for the news offenses in maximum security prison without charges and as a dying, incapacitated, untreated Type One, by the news defendants replacing the videos and publications with updated stories which were composed while working with police and courts who submitted fraudulent reports and documents that reported on records, stories authored by

news defendants in order to give the impression that the news accurately reported information they were supplied, about an issue of public interest, or a criminal investigation, one that never took place.

It is proven that the police, courts and government are actually, fraudulently concealing news offenses and are reporting stories authored by the news defendants, on legal documents and records.  Above are two contradicting reports by Jason Malterud involving the same incident the latter one reports details that were unknown at the scene where Randall Shubert fell, yet Malterud's reports state that the two contradicting reports were composed at the same time, proving that much later on Jason Malterud reported the fiction broadcast by the news.

My mother watched the news reporting for weeks, her grandchildren were taken for a month and were abused, from the residence the news defendants reported in view of the public alongside the accusations that I had beaten a 71-year-old to death for a bike, the news reported that I lived at the residence.  Vigilantes visited the property where my step-father and mother had established a kid's paradise for their young grand kids.  The dream was destroyed and defiled and the incited violence and lawless acts have preoccupied both and ruined their family and defiled the kids.  David Archuleta very maliciously and fraudulently prosecuted my 64-year-old mother, an elderly American saint.  This was incited by the news and lawless police. Police supplied more detailed information to vigilantes regarding my kids and the rest of my entire family, supplied below are a few of the examples of lawless acts and crimes incited and carried out towards my family and our kids.

Police then reported the following, during latter press releases:

Satur said because of the location of the incident, witnesses are critical in the investigation. Based on what witnesses have already reported, police do not know what happened before the assault and robbery.

"It's unusual for Longmont," Satur said about the crime. "We generally do not have random assaults in our community ... This is a safe town."

While police do not know what happened, Satur said they are "going on the worst case scenario."

Satur said it was too early to determine whether murder charges would be filed, noting police would have to prove intent.

Police did report that they did not know what happened. The emergency room determined that there was no beating or injuries, except the single brain swell. The police certainly knew that they were not looking for a beating or assault, they definitely knew that three men had not jumped, beaten or assaulted Randall Shubert. This will be very important information in follows.

Every news outlet aired and published, variations of one another's fiction, accusing three men of jumping, robbing and beating Randall Shubert. Each news defendant authored and published in view of the entire public, on numerous occasions each, that three men had beaten Randall Shubert to death and then that I had beaten Randall Shubert to death, then that I was arrested for killing Randall Shubert. Follows is a go fund me, every news defendant listed in this action published and aired, followed by a few examples of news stories and video broadcasts.



The police incited crime and violence in order to conceal the malpractice which killed Randall

Shubert.





to Brady, Nebraska

36-year-old Edward Hoid in custody

Hoid wanted in connection with Colorado murder.
(Courtesy Photo)

By Melanie Standiford

Published: Nov. 23, 2020 at 12:06 PM CST

NORTH PLATTE, Neb. (KNOP) - Residents of Nebraska from North Platte to Kearney, and particularly those in Brady, can rest easy. The man suspected of being in the area, wanted in connection with the November 5 murder of a Colorado man, is in custody.

36-year-old Edward Herbert Hoid was arrested on several charges on Friday, according to Chief Deputy of Police Jeffrey Satur of the Longmont Public Safety Office. Hoid was arrested in Longmont, Colorado and taken to the Boulder County Jail. He is being held with no bond.

LOCAL

**Elderly cyclist attacked, robbed in northern Colorado dies**

No person reported any crimes, no charges ever resulted, no warrants either, there was no probable cause consistent with what the news reported for weeks day and night, because the Longmont Police were not investigating a murder or beating, because they obviously knew no people jumped, beat, robbed or murdered Randall Shubert, the police did not supply this information to the news defendants when they broadcast such, the police reported what the news authored later on and tried to conceal the news offense and so did numerous courts, all at the public's expense of a lot of preoccupied courts and resources.

At the same time as police reported they did not know what happened, indicating there was no homicide investigation, the news aired several shocking stories each, broadcast for many consecutive days, stories they authored, with intentions of triggering violence and crime,

49

reporting that I had beaten and killed Randall Shubert, it is pretty clear there were intentions of inciting the public to murder me, attempts did occur.

The news defendants then reported residential information of my family. The heinous and shocking stories were then cast to other states law enforcement and news outlets.

I did not flee; I had no knowledge of what was being done. The news reports were so extensive that every person of the small community recognized my face. People began to try to kill me. I was shot at and run over multiple times.

Police and vigilantes then began targeting my family, in multiple states, but mostly my two small children living in Utah.

Siblings I haven't had any communication or contact with for over 20 years, called police, and vigilantes called police impersonating them as well, and they reported that I had been trying to rape and murder them and their kids, untruthfully. Again, I don't even know these people or their kids, incited offense, and that caused my family to hate each other and further sufferings. The Longmont Police reported that Candyce Nakamoto, my eldest sibling called in and reported that I had been trying to rape and kill her sons and her. I haven't seen that sibling in over 20 years and it is very important to know and pay attention to the following, Candyce Nakamoto doesn't have children never adopted nor biological. Vigilantes were calling the Police and were reporting these things and that after the News and State had supplied my families identifying and residential information. Vigilantes did this in several cities and on several occasions while the public violently attacked me and abused my family. I am in contact with my siblings now the lasting effect is that we became unified, although badly detrimental and the Federal Courts and State have been trying to kill me and conceal the News Offenses ever since they were committed, then the Courts of both entities start lying on record and on behalf of the

50

news.  It is note worthy that I have reported to Federal Courts ever since the beginning and filed lawsuits long ago while being held in maximum security prison by this sanctuary State for the News, and without charges.  They really should not have tortured me for the News to benefit from, that is an international crime, and this radical relationship and the cause of the down fall of the Nation is well identified as both and the disgusting relationship, across my Country between News Companies and privileged and inexperienced officials.

**Below my children's photos are censored and Brian Derry, the man who the News reported in response to published my kids photos.  The Police did not supply News with information.**







Defamatory speech, false factual accusations of violent crime that incites violent crime and lawless acts that did cause severe injuries and loss, is not protected by the first amendment and in general there is no statute of limitation for such claims, and while the offenses are fraudulently concealed by all the defendants in the caption, there have been no corrections or counter statements and the injury is continually inflicted and severe enough that I was held in maximum security prison without charges and refused insulin, offense committed by the government and incited by the news defendants, then concealed by news defense and courts through fraudulent documents and literal concealment of airings and offenses, the publicity and technologies deployed in order to incite violence and crime being committed makes this an aggravated offense of inciting violence towards my family and self, offense committed by the government and capable news companies in reaction to heinous fiction authored by the news defendants accusing me of beating an innocent senior citizen to death for a bike, aired and published offense in view of the entire public for a long period of time.

Vigilantes abused my children and my elderly parents, having been supplied with a means and their information by news defendants and the police.  They have destroyed our lives, we have lost everything, been attacked, I was nearly murdered several times, I was imprisoned without charges in maximum security prison for years, and our children's innocence was robbed. Family in Ohio, Idaho, Utah, Nevada and Colorado have all been impacted very severely, my family is terrified and afraid to seek relief, I am not though.  The news offense was cast to those states law enforcement and news, by police.  Our family is ruined, suggesting attempted genocide of my blood line, for no just reason.

Below displays the path I was pursuing until the offenses, I will not be able to make the

53

contributions intended now.  The opportunities are lost.



Police have submitted fraudulent legal documents into public records, hoping to conceal their offenses and the news offenses.

Police did not investigate a homicide, there was no homicide, there was no robbery, there was no interaction between me and the two other people the news defendants accused of beating and attacking Randall Shubert, and no one was ever present when he fell nor interacted with Randall Shubert what so ever.  The news stories intensified incitement when the news defendants began to report that **Longmont Police said** I beat the 71-year-old to death, hoping to have a more convincing effect on the public demonstrating that the news defendants intended to cause severe injuries and they succeeded against my family, our children and succeeded in triggering violence and attempted murder.

Vigilantes began reporting that the children were in danger at my family's homes, law enforcement was stirred to rage and prejudice, many of my sister's kids were taken, for a month, separated and my nephew was molested during that month, so the kids were returned.  David

Archuleta charged my elderly mother, who had never had an unpaid traffic ticket up to that point in her 64 years, David Archuleta issued warrants for my arrest long after all these events for a count of identity theft.

The news incited fraudulent judicial misconduct and offense to be committed against my innocent, elderly and young family, which caused substantial detriment.

A violent man hunt was incited by the news defendants heinous, known to be untrue statements and false factual accusations accusing me of murder during video broadcasting in view of the entire public.  The fact that there were never any warrants proves that the news defendants knew what they were broadcasting was false, this is beyond reporting untrue and damaging statements acting on negligence it is irrefutable that the statements were authored and published with actual malice intent, the content and subject matter of the stories proves intent of inciting violent public reaction which achieved attempted murder, violence and egregious governmental offense.

The parole supervision recognized me on the news.  Stanley Jerido (parole), issued a warrant on November 18th, 2020 because of the heinous news reports, not for any actual crime or parole violations.  8 weeks later, Stanley Jerido and the CDOC reported that I was being held and sent to maximum security prison for a high-profile homicide, without formal charges and made sure they untruthfully reported that there was an investigation while denying me due process anyway, anticipating that I would be filing claims against the news and so that the news could report that they were accurately reporting about a homicide investigation, this is fraudulent concealment, due process violation and almost resulted in my death and did cause me to be tortured according to experts, crimes incited by the news defendants and the police.  I was held for two years and was not allowed insulin, for imaginary high-profile homicide without charges

and for purposes of fraudulently concealing news offense and other offense including public endangerment. While I was held, police falsified public records, submitted fraudulent documents into discoveries and staged scenes, much of it for the purpose of the news defendants evading and concealing offense, and for engineered fraudulent defense equating to suppression of free thinking and free speech of the people through disinformation, a criminal offense, 18 U.S.C.§1001, lawless acts incited with intentions of causing harm and keeping harm.

The police obviously knew there was no beating or assault, the news had reported that Randall Shubert had been beaten to death. The emergency room evaluation confirmed that Randall Shubert had not been beaten and reported no injuries. On November 16th, 2020 the Longmont Police, and Boulder County District Attorney Ryan Day ordered an autopsy, knowing there was no need to determine the cause of death a second time,

An autopsy is not generally necessary when the death is known to be the result of known medical conditions/diseases (ie, natural causes), adequate medical history exists, and there are no signs of foul play.

 https://www.washoecounty.gov

or to search for beating and assault injuries, the news had already reported that the man was beaten to death and knew that they committed egregious offense in doing so, Ryan Day and the Longmont Police knew the news activities were egregious offense, incited by the police, so knowing that the 71 year old had not been assaulted, murdered or beaten, and knowing that the

only defense the news could propose later on would be claiming that the news defendants accurately reported about a criminal investigation, the police and Ryan Day staged a theatrical investigation after the fact. Multiple courts have leveraged on the fraudulent concealment which involves mutilating a corpse. This was not a homicide investigation it is fraudulent concealment of news offense and incitement without cause. The Courts know this. Mutilation is a serious offense and was deployed because of the widespread and severe harms which were incited by the police, the news and other governmental actors.

They cut the man's body to pieces and peeled his face off in order to give the impression and misrepresentation that there was a homicide investigation and that law enforcement was investigating a deadly beating because of what the news reported in view of the entire public, while there was no investigation or information supplied by law enforcement, in fact law enforcement had already reported that there was no murder investigation and they did not know what happened. The theatrics were deployed to supply the news with this defense in the future, and in order to conceal egregious civil rights violations, this indicates the relationship between abusive policies, the enforcement of such and the news and government, against the American people whom they are supposed to work for and enforce civil liberties and the constitution first and foremost, the defendants do not demonstrate that they act under color of law and are not fit to serve the people.

Here are the images of the activities the news deliberately incited with intentions of concealing their offenses. The violence and lawless acts they incited against my family and I.



First it is obvious the man had no assault injuries from emergency room reports on the date of the

fall, visible at the time this photo (above) was captured.



Here is after the police and Ryan Day instructed to make it look like a homicide investigation.

The News Defendants had published the 71year olds identity and broadcast accusations that I had beaten the 71-year-old to death, on November 13th, 2020, before the man had died.  Other questions include what it took to convince the wife to allow this mutilation, one lawyer told me that she was going to be just fine for the rest of her life.

5:06 PM                                    4G LTE



# Randal and Jackie Schubert medical bills

$2,305 raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

 Brianna Ciancio is organizing this fundraiser on behalf of Seth Schubert.

🛡 **Donation protected**

On November 8, 2020 Randy Schubert was riding his bike on a path in Longmont when he was jumped, robbed, and beaten. The physical damage to Randy has been to the extent that he required brain surgery and is in a coma; his assailants have still not been

It is undisputed fact that I never encountered the 71-year-old.  The 71-year-old had walked away from where he fell before, I even set foot on a bike path, while I was incapacitated.  Below proves that officials staged a fraudulent defense for the news companies which included an autopsy and mutilation of a corpse.

By **BROOKLYN DANCE**
PUBLISHED: November 16, 2020 at 7:54 p.m. | UPDATED: November 16, 2020 at 8:00 p.m.

The man who police say was knocked off his bike and whose personal belongings were stolen Nov. 5 died Monday morning of injuries related to the attack.

The 71-year-old Longmont resident was biking when the assault and robbery occurred about 5 p.m. on the greenway south of Lowes at 355 Ken Pratt Blvd. and north of the Longmont Recreation Center, police said.

The man's identification will be released from the Boulder County Coroner's Office. The autopsy has not yet been completed, Deputy Chief Jeff Satur said Monday afternoon, noting more information could be released pending its completion.

The same news company that had already accused three innocent men of jumping, beating and robbing the 71-year-old, and also reported the man's identity, later reported that the man's identity would be released with the completion of an autopsy, i.e. a criminal investigation.  So, there was no criminal investigation and the news companies and officials staged one by and

61

through an unnecessary autopsy, for the purpose of the news companies being allowed to propose a fraudulent defense.

The Courts have participated with the concealment, by falsifying the record knowingly and also attempt to propose relief for the news defendants while I am now fighting for my life and my entire family's lives.



23CA1976 Peo v Hoid 12-19-2024

COLORADO COURT OF APPEALS

DATE FILED
December 19, 2024
CASE NUMBER: 2023CA1976

Court of Appeals No. 23CA1976
~~Denver County District Court No.~~ 23CR2138
Honorable Nancy W. Salomone, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Edward Herbert Hoid,

Defendant-Appellant.

ORDER AFFIRMED

Division IV
Opinion by JUDGE HARRIS
Yun and Kuhn, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**
Announced December 19, 2024

Philip J. Weiser, Attorney General, William G. Kozeliski, Senior Assistant Attorney General, Denver, Colorado, for Plaintiff-Appellee

Edward Herbert Hoid, Pro Se

62

## INTRODUCTION

Defendant, Edward Hoid, appeals the trial court's order denying his Crim. P. 35(c) motion without a hearing. The order should be affirmed.

## STATEMENT OF THE CASE AND FACTS

On November 5, 2020, defendant encountered RS on a bike path in Longmont (CF, p. 84). As the prosecution ultimately observed, "[n]o one is entirely sure what happened during that encounter" (CF, pp. 3-5, 84). At the end of the encounter, RS was bleeding on the sidewalk from a fractured skull (CF, p. 84). Instead of seeking help, defendant stole RS's bike and rode away, singing "ting tang, walla walla bing bang" (CF, p. 84). RS eventually died from his injuries (CF, p. 5).

During the same timeframe, defendant broke into a car (CF, pp. 3-4, 85). When the owner of the car asked defendant to leave, defendant brandished a box cutter with the blade extended (CF, p. 85). Defendant dumped RS's phone in a bucket of water and used RS's credit card to buy items to resell them for cash (CF, pp. 4-7, 85-86).

appeal, Hoid did not sufficiently allege that he was entitled to file an

appeal.  Under section 18-1-409(1), C.R.S. 2024, a defendant who

pleads guilty may not appeal his sentence if the sentence imposed

"is within a range agreed upon by the parties pursuant to a plea

---

[2] The sentencing judge was the same judge who considered and denied Hoid's Crim. P. 35(c) motion.  By denying the Rule 35(c) motion, the judge implicitly found that evidence of Hoid's diabetes would not have changed the outcome of the sentencing proceedings. *See, e.g., Voytik v. United States,* 778 F.2d 1306, 1310 (8th Cir. 1985) (where district court judge had determined "that he would not have reduced [the defendant's] sentence" even if counsel had performed as the defendant wished, the defendant's ineffective assistance of counsel claim failed for lack of prejudice.).

8

 As can be seen above, the Court of Appeals states that the same judge who sentenced also

denied the petition for post-conviction relief, Nancy Salamone.  Below displays that the Appeals

Court falsified the record in order to conceal the egregious offenses committed by news

companies and participating officials.  Judge Langer entered the sentence and concealed the

offenses for the news and officials in doing so.

| Court Address: | Boulder Justice Center<br>1777 Sixth Street  P.O. Box 4249<br>Boulder, CO  80306-4249 | | DATE FILED<br>May 12, 2023 |
|---|---|---|---|
| Phone Number: | 303-441-3750 | | |

* COURT USE ONLY *

Case Number:    2020CR002138

The People of the State of Colorado

vs.
HOID, EDWARD HERBERT

Division:    6

### SENTENCE ORDER

**Defendant:** HOID, EDWARD HERBERT    **Date of Birth:** 03/19/1984

| Count | | Class | Plea | Finding |
|---|---|---|---|---|
| 1 | 18-5-902(1)(a) - ID THEFT-USES INFO TO OBTA | F4 | Plea of Guilty | Guilty |
| 2 | 18-4-502 - TRESPASS 1-AUTO-W/INTENT TO COM | F5 | Plea Not Guilty | Dism by DA |
| 3 | 18-3-206(1)(a)/(b) - FELONY MENACING-REAL/SIMULATED WEAPO | F5 | Plea Not Guilty | Dism by DA |
| 4 | 18-4-401(1),(2)(e) - THEFT-$750-$2,000 | M1 | Plea of Guilty | Guilty |
| 5 | 18-4-501(1),(4)(c) - CRIMINAL MISCHIEF-$750-$1000 | M1 | Plea of Guilty | Guilty |

**ASSESSED FINES & COSTS**
**Count # 1**

| | |
|---|---|
| Victims Assistance Fund | $163.00 |
| Victim Compensation Fund | $163.00 |
| Court Costs | $35.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Public Defender Accts Rcvable | $25.00 |
| Restorative Justice Surcharge | $10.00 |

Department of Corrections: 7 Years

| | |
|---|---|
| Restitution | $998.33 |

**Count # 4**

| | |
|---|---|
| Victims Assistance Fund | $78.00 |

Jail: 60 Days
Credit for Time Served: 60 Days

**Count # 5**

| | |
|---|---|
| Victims Assistance Fund | $78.00 |

Jail: 60 Days
Credit for Time Served: 60 Days

| **TOTAL** | **$1,557.83** |
|---|---|

**Other Conditions of Sentence:**

COUNT 1: 7 YRS OF DOC
CONCURRENT WITH 20CR2137
COUNTS 4,5: 60 DAYS OF JAIL STRAIGHT TIME
60 DAYS CREDIT FOR TIME SERVED
RESTITUION 998.33                    /SG

| LANGER, BRUCE | 2023-05-12 |
|---|---|
| **Judge/Magistrate** | **Date** |
| HOID, EDWARD HERBERT | 2023-05-12 |
| **Defendant** | **Date** |

*************************************************NOTICE*************************************************
...lowing this hearing ... ... to present this form to the Clerk's Office for payment.  Payment is due by the end of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the ...

Above, during the Attorney General's Office's answer to the petition to post-conviction relief, they claim that I encountered Randall Shubert, even though I was only charged with a count of identity theft, which I am not guilty of, also they admit that no one knew what happened and certainly admit to the Court of Appeals that nobody knew or accused me of knocking Randall Shubert off his bike, robbing him and assaulting him causing his death.  This was known to not be true.

Below are the contradicting reports by the same Court of Appeals as they conceal the news

defendants' heinous offenses by falsifying the record again.



to determine and award FOX-31 its reasonable attorney fees and costs, including those incurred on appeal.[2]

## I.    Background

¶ 3    On November 5, 2020, a seventy-one-year-old man (the victim) was found on a biking trail in Longmont suffering from injuries that later led to his death. The Longmont Public Safety Department (the police) investigated and discovered that the victim had been knocked off his bicycle and robbed of his phone, wallet, credit cards, and bicycle.

¶ 4    The police issued press releases from November 21, 2020, to November 27, 2020, notifying the public concerning its investigation. Based on the press releases, FOX-31, a Denver television station, published three articles and one report (collectively, the news articles) on its website updating the public regarding the investigation. The news articles identified Hoid as a person of interest "possibly connected to" the victim's death, but at

---

[2] Hoid named Bryon Grandy (Grandy), the general manager for FOX-31, as a codefendant. Although Hoid asserts no allegations against Grandy in this appeal, our affirmance of the district court's order also applies to him.

2

no time did they implicitly or explicitly state that Hoid had been charged in the victim's death.

¶ 5    On November 27, 2020, the police arrested Hoid and charged him with various criminal offenses, including identity theft for allegedly using the victim's credit card. Hoid was not criminally charged in connection with the victim's death. Hoid pled guilty to several criminal offenses and was sentenced to seven years in the custody of the Department of Corrections.[3]

¶ 6    On September 8, 2023, Hoid filed this lawsuit against FOX-31, asserting that FOX-31's statements in the news articles created public scrutiny that harmed his reputation and placed his family in danger. He asserted claims of defamation, child endangerment/abuse, public endangerment, false light, and discrimination.

---

[3] Following Hoid's conviction, he filed a motion for postconviction relief under Crim. P. 35. We take judicial notice of Hoid's appeal in which a division of this court affirmed the postconviction court's summary denial of Hoid's request for relief. *See People v. Hoid*, (Colo. App. No. 23CA1976, Dec. 19, 2024) (not published pursuant to C.A.R. 35(e)); *see also People v. Sa'ra*, 117 P.3d 51, 56 (Colo. App. 2004) ("A court may take judicial notice of the contents of court records in a related proceeding.").

3

¶1    Plaintiff, Edward Herbert Hoid (Hoid), appeals the district court's judgment dismissing his lawsuit against defendant, FOX-31 News (FOX-31). On appeal, Hoid contends that (1) his defamation and defamation-related claims are not barred by the statute of limitations because they did not accrue until a later date than the one identified by the court or the limitation period should be extended through equitable tolling; (2) the district court erred by applying Colorado's anti-SLAPP statute, section 13-20-1101, C.R.S. 2024, to his lawsuit;[1] and (3) the district court committed judicial misconduct by aiding FOX-31's concealment of its defamatory publications.

¶2    Even if the anti-SLAPP statute did not apply to Hoid's lawsuit, his claims fail as a matter of law because they are time barred. But because we agree with the district court that the anti-SLAPP statute applies, and we agree that the court properly granted FOX-31's special motion to dismiss, we remand the case to the district court

---

[1] SLAPP stands for "strategic lawsuits against public participation." *Creekside Endodontics, LLC v. Sullivan*, 2022 COA 145, ¶ 1 n.1.

1



"public forums" for purposes of the California anti-SLAPP statute). Likewise, the FOX-31 video broadcast is also speech in a public forum. *See Hannaford v. Seven Satellite Pty*, No. 19STCV13245, 2021 Cal. Super. LEXIS 76672, at *20 (July 30, 2021) (unpublished order) ("Television programs constitute 'speech in a public forum . . . .'" (quoting *De Havilland v. FX Networks, LLC*, 230 Cal. Rptr. 3d 625, 633 (Ct. App. 2018)))[6]

¶ 32    And the news articles involved a criminal investigation, which is a matter of public interest. *See Bowers v. Loveland Publ'g Co.*, 773 P.2d 595, 596 (Colo. App. 1988) (The commission of crime is "without question . . . of legitimate concern to the public," and police reports are "matters of public concern."). The news articles informed the public about the police investigation, specifically that law enforcement was seeking a person of interest in connection with the victim's death. The news articles also provided updates on Hoid's arrest and criminal charges, which we agree are issues of

---

[6] California's anti-SLAPP statute is substantially like our statute; therefore, "we look to California case law for guidance in construing and applying" section 13-20-1101, C.R.S. 2024. *Tender Care Veterinary Ctr., Inc. v. Lind-Barnett*, 2023 COA 114, ¶ 16 (*cert. granted* Sept. 3, 2024).

16

Falsifying the record by officials is a serious crime and is what renders the officials listed, subject to liability and demonstrates their participation in several crimes, in incitement and fraudulent concealment.

This is unwarranted, and the autopsy obviously reported no injuries, just like the hospital did on the date of the fall, except a neglected brain swell. Who is authorized to mutilate a corpse without probable cause, and after the hospital had reported no injuries except a brain swell, the

hospital confirmed no need to conduct this sort of autopsy. It is very obvious that this crime, mutilation, was committed for the purpose of the news and other lawless actors to falsely report a homicide investigation took place after the news and governmental offenses of falsely reporting deadly beating and murder, in order to incite violence and lawless acts.

Parole participated by reporting that there was a high-profile homicide investigation. This became the defense when I filed lawsuits against news companies and the courts did report a homicide investigation, so falsely reported a homicide occurred, and dismissed cases on the basis that the news defendants reported information supplied by homicide investigation. The news incited these egregious offenses intentionally for the purpose of fraudulently concealing the fact that they authored fiction accusing me of murder and broadcast the fiction in view of the entire, national public for weeks and had incited the public to violence and lawless acts of violence carried out against my family and I, with apparent and damaging effects.

The activities and practice in both Maryland and Colorado are similar.

The police engaged in the activities in order to conceal their offenses including inciting the news to commit lawless and destructive offense. The harms are so severe that both anticipated consequences. The harm is so severe and involves innocent children and good people, the courts anticipate consequence, and unconstitutional policies being identified that have benefited the state government and which destroy the lives of innocent people and US Citizens.

When the US District Court in Maryland gives asylum and refuses to allow people to be deported who are seeking asylum, it is in fact myself and the American People who are in need of asylum from the Government, the News and the immigrants in this Country. This case and joindering all the offenses and participants does prove that The US District Court Judge George

71

Russell III and the other Federal Officers named, are facilitating the destruction of this country. They need to be replaced.  The offenses and abusing process as they have been the cause of the events explained in this complaint.

On November 27th, 2020, I was badly battered, untreated for Type One Diabetes, I had become very thin and incapacitated.  I was run down, run over by vigilantes and had been shot at and assaulted, because of the news reporting.  I was reported as armed and dangerous, by the news defendants and not police.  People started trying to murder me and tried to apprehend me. lawless acts were carried out at my family's homes and against children.  I was at the end of my rope.  I was being followed and hunted down.  On November 27th, I called an ex-girlfriend.  I was next to a gas station in Longmont, CO.  There is a bike path that passes under the road, the path emerges in a parking lot at a shopping center.  Three police cars arrived at the gas station.  I traveled under the street; I emerged in the parking lot at the shopping center.  There was a shopping cart with a hoody sweatshirt in it, parked in front of a hobby lobby.  I put the hoody sweatshirt on and tried to cover my face.  The police cars arrived at the shopping center I traveled back through the underpass and emerged at the gas station again.  There was a marked police truck, a marked police SUV and an unmarked SUV matching the marked one. I emerged and the two marked vehicles raced away in reverse and then raced towards the shopping center, The truck shined a spot light mounted on top of or in the windshield of the truck on me.  The third vehicle raced towards me, I dove backwards, the vehicle crushed my foot between a front tire and the curb I fell backwards over.  I rolled down rock terracing, two shots were fired and I rolled onto the path again, I crawled through the underpass, and emerged at the shopping center again, two police vehicles were there, I crawled up an embankment where there is a mall and Sam's club on top of the embankment.  Police did not report I was armed and dangerous the

72

news defendants authored those accusations and this is confirmed in the conversation and messaging I supplied above, Brian Derry states, they have reported you armed and dangerous some po-dunk cop in Nebraska is likely to bust a cap in your ass, this substantively demonstrates that the news intentionally incited imminent lawless acts and violence when authoring and reporting that I had beat a 71 year old to death and was armed and dangerous.  They also incited lawless acts and unlawful acts committed by the government, which caused catastrophe.  I have never owned, held or used a weapon or gun.  I reached Sam's Club.  I was terrified from being run over again and shot at again.  I grabbed a rock and threw it into the window of Sam's Club.  The alarm was loud, so I grabbed more rocks and began throwing them into Verizon and T-Mobile trying to alert help.  A security guard opened the door at the mall, I limped towards him and begged him to let me in, he shut the door as I was yelling the police are trying to kill me and shot at me.  Numerous police officers swarmed me, I laid down and began shouting, I didn't hurt any old man.  Below is the diagnosis for the broken foot.



For this arrest the news all reported that I accosted the security guard, they reported that I was arrested in connection to the death, they reported that the security guard saw a bulge like a gun in my pocket and others reported that I was arrested in the killing of the 71-year-old or on separate charges to the murder (that never happened).

I was taken into interrogation for many hours, I was hallucinating I could not remember that there is a museum in Longmont, I, at first, was telling stories about chucky the doll being a gay man who gave me a card and went into coma during interrogation, I was interrogated while in HHS incapacitated because of untreated Type One, while Ryan Day was present in another room coaching Joshua Burke to use my very obvious incapacitated state of mind and my critical

74

condition to entrap me and conceal all the violent offenses and news offenses. I was taken to an emergency room after the interrogation I was unconscious the entire time, I came to a few times and had strobing vision, the police were telling the doctors what to report. The unconsciousness was disregarded and was coma.

Joshua Burke went on while I was sent to maximum security custody, to question people on the streets around 7-11 whether or not they had seen someone around with saddle bags for a bike, because he knew someone had given a card they had found, this is preserved video in discovery. Rachael Sloan-Stoggsdill re-questioned Craig Stevens about the museum incident, but she asked him if he had seen the news and told Craig Stevens that she wanted additional information, (she actually hoped for a different story), and told Craig Stevens the reason was because I had assaulted an elderly man nearby the museum. Craig Stevens stayed to the same story except at this time he did not report me as a black man.

While I was in maximum security prison because of news offense without charges I did sur-come to catastrophe, diabetic keto acidosis. I was tortured. I am a Type One Juvenile Diabetic and was not allowed insulin ever. That is an agonizing death. I was charged with a count of identity theft after I was bound to maximum security prison for fictitious "high-profile homicide" without charges at first. I was not afforded a tribunal or due process. Ryan Day, appointed the first lawyer, Jessica Hempstead, who observed the activities and who also witnessed the news broadcasts, I did not, the offenses were disregarded and she failed to report the offenses. She withdrew as counsel. Nicole Collins was next to be appointed, she came to the maximum-security prison, she told me she could get me out if I kept my mouth shut. She had me draw a map. She supplied that map to police and the police used it to stage a crime scene in March of 2021; the scene was staged about 500 feet away from where Randall Shubert's phone

75

locales placed him during the fall. (see below).





This scene was staged 5 months after I was held in maximum security prison without charges or

warrants, this was inputted into legal documents and records. The individual in the scene is

thought to be the same vigilante who posted my children's photos and who stalked and abused

my family. Regardless, the news offenses incited this fraudulent and illegal activity that posed a

threat to my life and harmed my entire family.

The Federal Officers listed in this case may be boasted about by other countries and one

race trying to take over my Country as though they are heroes, yet they are not. The practice of

abusing process and claiming that illegal immigrants are being afforded due process does violate

the 14th Amendment when I and many other US Citizens are not allowed a voice or due process

as can be determined very easily through the foregoing, when Paula Xinis of the US District

Court of Maryland ordered the return of illegal immigrant Kilmar Abrego Garcia, she ensured

due process for a person of a different nation who is not entitled to such, and while the common practice of the US District Courts operating in sanctuary communities deny Citizens that Constitutional right, demonstrates 14th Amendment Violations and suggests treason because the job of Paula Xinis is to ensure the Constitution for American Citizens. The publicity they achieve while enforcing the explained practice within demonstrates that the news is propaganda for them while they are trying to achieve supremacy by oppressing unsuspecting American Citizens.

Ryan Day, the police and the district courts participated in the lawless activities and fraudulent concealment of violent crimes committed without cause and that were incited by news offense. The text in the photo recites what the news defendants authored and published. Also, the basketball is mentioned, the basketball and bungee cord were recovered a distance from where Randall Shubert dismounted and fell. I have gone to the exact location phone locales place Randall Shubert; there is no stick figure chalk outline and I traveled to this location where there is a stick figure chalk outline.

Nicole Collins attempted to alter the record in order to conceal racism.

Nicole Collins withdrew as counsel for conflict of interest. Ben Collett was appointed. While being held in maximum security custody, an inmate was planted in the same cell as I. Ryan Day was prosecuting Cassidy Meroni for arson and attempting to assault a woman with a hammer. Ben Collett was representing Cassidy Meroni, Ryan Day and Ben Collett arranged a deal to release Cassidy Meroni if he entered a jail cell with me and he stated, "you did it, you jumped out of bushes and Little Nicky'd the old man on the bike". Cassidy Meroni was released and went onto commit violent crime. Ryan Day appointed Ben Collett to represent me, Ben Collett continually stated they will give you a life sentence because I awaited trial for one count

of identity theft for two and a half years.  I requested a change of venue, Ben Collett texted me, "they will seat a partial jury regardless", then Ben Collett texted me, "Ryan Day still thinks you jumped out from behind bushes and attacked the man", Ben Collett will not supply these texts now, they will need to be subpoenaed, I retain some of the messages.  I responded "Ryan Day doesn't think that he knows that didn't happen, but I am familiar with Cassidy Meroni and know that you and Ryan Day cut him a deal if he would enter a cell and try to get a false confession".  Ben Collett withdrew as counsel for conflict of interest because of me mentioning Cassidy Meroni.  Partial jury and civil rights violations incited by defamatory statements broadcast by the news defendants and the state government has surrendered law and constitution to the news defendants.

Ryan Dawson was appointed.  None of the unconstitutional offenses were reported, the news offenses continued to be concealed.  I was able to get released and posted a bond.  I diligently searched for news articles and videos which hundreds of witnesses reported to me. The offenses are fraudulently concealed by courts, police and the government, as well as by the news defense and defendants.  I possess irrefutable proof of this.  Immediately after I fought my way through the most violent gangs and killers at the most restrictive maximum security prison in Colorado, the inmates having dwelt on and witnessed the broadcasts and publications that took place in view of the entire public of every creed on Nov 13th, 16th, 18th, 21st, 27th and 28th, all accusing me of beating a 71 year old to death for a bike and similar,  all published by every news defendant and/or for other news defendants, I was in the area to schedule trial.  Days before the hearing, which I would have attended except I went blind, I consumed 18 gallons of water within 10 hours and was taken by ambulance to the ICU with a 1,585 mg/dL blood glucose content.  I died, I was never allowed insulin, cruel and unusual punishment and inhumane suffering,

79

moreover, disgraceful violent offenses and prejudice incited by the events described, did lead to catastrophe. I missed the court appearance, and the ICU did supply notice to the courts and Ryan Dawson, Ryan Day was on notice, Nancy Salamone presided over the case involving one false accusation of identity theft, Nancy Salamone presided while and facilitated the falsification of legal records and police reports, bond was revoked for this reason and I was immediately taken into maximum security custody after catastrophe. I refused to plead guilty to a count of identity theft, I did not commit any crime or willful acts, I was refused insulin in custody even after the alarming notice from the ICU, I was prosecuted while incapacitated and while in agonizing life-threatening circumstances. I did sustain skull fractures and brain swell injuries at this time and still the court, Ryan Day and Ryan Dawson pressured me. These qualify as extraordinary circumstances at least and I was incapacitated utterly.



**uchealth**

UCHealth Family Medicine Center - Fort Collins

Fort Collins CO ▓▓▓▓ 3257

uchealth.org

February 11, 2025

Re:        **Edward H Hoid** (DOB ▓▓▓▓)

To Whom It May Concern:

I am the primary care doctor for Mr. Edward Hoid. He has been under my care since October of 2024 and during this time I have treated him for the sequelae of head wounds and head trauma as well as very poorly-controlled type I diabetes mellitis. Per his report, his type I diabetes was not treated appropriately while he was incarcerated. Certainly from my perspective his type I diabetes has not been under control for the past 3-6 months. Type I DM is insulin-dependent diabetes, and always requires treatment with insulin. Any time Mr. Hoid was not treated with insulin would be sub-therapeutic treatment.

Additionally, Mr. Hoid has a clear record of avascular necrosis of the hip. While this occurred prior to my caring of Mr. Hoid, he does have mobility issues now secondary to this medical condition that impact his day-to-day life and this could be related to prior undiagnosed avascular necrosis.

Mr. Hoid does have scarring across his face as well as history of trauma and current mental health struggles likely related to his significant head and brain injury he has sustained in the past.

While I have been unable to verify with outside sources the reasons for these wounds, I have no reason to doubt Mr. Hoid's explanations of the injuries he has experienced and his story has always been consistent. As previously noted, any time Mr. Hoid was not receiving insulin for his type I diabetes he was untreated.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

_,_ MD

Electronically signed by:
Lauren McVeigh, MD
Dept: 97▓▓▓▓
2/11/2025, 9:38 PM

| Edward H Hoid | DOB: 3/19/1984 | 1 of 1 |
| --- | --- | --- |

I refused to enter a guilty plea, Ryan Dawson hired a social worker and supplied false statements he wrote himself, calling it mitigation, then told me that if I would not enter a guilty plea, he would challenge my competence and would gain consent to enter the plea.  This was desperation to avoid a jury, as the prosecution could not report a homicide investigation and would have to disclose all of the offenses.  All fraudulent concealment of news offense, Ryan Day's offense, police offense and the entire situation could have been remedied by simple

counter statements and apologies. This district court, Nancy Salamone aided in engineering the impression that a homicide investigation took place.

The case was reassigned for sentencing only, Bruce Langer would not allow me to speak, the court room was empty, that district court entered a conviction, it was admitted by Ryan Day during that hearing, May 23, 2023, that Randall Shubert dropped a ball while riding a bike, he stopped riding and tripped while dismounting and bumped the back of his head. That district Court issued that opinion and findings, I was sentenced to ten years total, involving two successive sentences, which are actually the second and third determinate sentences for the same incident, for one count of identity theft I am not guilty of. That district Court disregarded numerous egregious civil rights violations which made the conviction highly illegal, and is fraudulently concealing the offenses.

This District Court, Bruce Langer confirms there was no assault, robbery, homicide or homicide investigation ever, none of the material was ever spoke of or examined while sentencing for a count of identity theft. This also confirms that police did not supply the information which the news reported in order to incite violence and crime.

I appealed the conviction and Nancy Salamone responded, not the judge, Langer who entered the conviction, and denied the appeal of the conviction entered by Bruce Langer, Nancy Salomone reported a contradicting opinion while unlawfully hindering me from appealing the conviction she did not enter, reporting that there was a homicide investigation, Bruce Langer convicted me and while doing so reported that there was not. I had a constitutional right to counsel and Nancy Salamone denied that request for a conviction she did not enter violating due process laws and falsified legal records, and public records, violating freedoms of accurate information on public records and therefore deprives the people of free thought and free speech.

82

I timely filed lawsuits against news defendants while incapacitated, in life threatening circumstances and while being maliciously prosecuted because of the news offenses and for concealment purposes.  My family and I were fighting for our lives and freedoms against the entire public, news companies, vigilantes, lawless police and the government.  We have no clearance to correct the fraudulent records, reports and legal, public records, the defendants are breaching public trust.  I hand wrote complaints and pleadings, all dismissed as frivolous.  I could not obtain the offenses being concealed.  My step-father and I diligently secured more and more proof and exhibits of offenses.

I filed numerous, meritorious lawsuits because I was being held and denied insulin continually until it caused catastrophe again, seeking justice and relief for my family and I.  The disgusting, inciting speech and defamatory offenses are still published online and no counter statements have been published.  My kids were deliberately and shamefully convinced I was going to die in prison for beating a 71-year-old to death for a bike.

My family and I were able to find proof of news offenses within police reports because the police asked my step-dad and other family if they had seen the news broadcasts on specific dates.

Ballard Spahr is representing all news defendants.  Ashley Kissinger, Kennison Lay and Sherri Clark have filed declarations under penalty of perjury, declaring that FOX-31 News only published three articles, no video, and nothing that could be construed as accusations of murder. These lawyers composed the declarations, thinking that the additional offenses had been effectively concealed with no trace, my step-father and I obtained the offenses from criminal discovery and tracked down multiple other offenses.  These lawyers knew the offenses occurred and their offenses, fraudulent concealment, are deliberate.

FOX-31 News broadcast numerous videos reporting in view of the public on multiple days, that "unknown number of assailants jumped, robbed and beat Randall Shubert", another, "Longmont Police say Edward Hoid beat a 71 year old to death for a bike, Hoid lived in Lyons(my family did not me), Hoid is considered armed and dangerous…", then, "Randall Shubert was knocked off of his bike, robbed, assaulted and died as a result of injuries during the attack", They also published in writing and several additional days and varying stories.  Police later copied the story and fraudulently added that report onto public records, hoping to supply the news defendant an effective fraudulent defense later on.

2023CV558  Declaration of FOX-31

"November 27 Article," and together with the November 19 Article and the November 21 Article, the "Articles").  That report explicitly attributed information about Hoid's arrest to "documents from the Longmont Police Department" and specifically stated that "Hoid has not been charged in Schubert's death." *Id.* at 1.  This was the last Article FOX-31 published concerning Hoid. *See* Grandy Decl. ¶ 6.

Following his arrest, Hoid was charged and convicted of multiple crimes. *See* Case Nos. 2020CR002137 (Colo. Dist. Ct., Boulder Cnty.) and 2020CR002138 (Colo. Dist. Ct., Boulder Cnty.).  Earlier this year, Hoid was sentenced to seven years in prison for these convictions, and he is currently incarcerated. *See* Declaration of Ashley Kissinger ("Kissinger Decl."), Ex. A (attaching the two Sentence Orders against Hoid).  He has not been charged with any crime in

During a hearing my stepfather presented the following statement and police report taken by police on Nov 18th,



Then played a video broadcast by Fox-31 News on Nov. 19th accusing me of beating a

71-year-old to death.  We were able to obtain several other publications that Ashley Kissinger,

Kennison Lay and Sherri Clark committed perjury and filed fraudulent documents on record and

declared that the news defendants did not publish and did not accuse me of murder.  My family

and I achieved, proving that the declarations were fraudulent and that numerous offenses are

being fraudulently concealed by CBS-4 News, FOX-31 News, NBC-9 News, The Longmont

Times-Call, ABC-7 News, The Denver Post and all other news defendants in the caption.

During the hearing with The Denver Post, this declaration declared that The Denver Post

only published one short article on November 28th and nothing that could be construed as

accusing me of murder.  Below is that Nov 28th article and followed by my sister reporting to

police about a November 19th article published by the Denver Post, my step father presented a

November 18th article published by the Denver Post which was found in a criminal discovery.

EDWARD HOID

v.

**Defendants:**
   THE DENVER POST; MAC TULLY

| | |
|---|---|
| *Attorneys for Defendants:*<br>Ashley I. Kissinger, #37739<br>BALLARD SPAHR LLP<br>1225 17th Street, Suite 2300<br>Denver, CO  80202<br>Telephone: (303) 376-2407<br>Email: kissingera@ballardspahr.com<br><br>Kennison Lay (*pro hac vice* forthcoming)<br>BALLARD SPAHR LLP<br>1 E. Washington St., Suite 2300<br>Phoenix, AZ 85004<br>Telephone: (602) 798-5573<br>Email: layk@ballardspahr.com | ▲ COURT USE ONLY ▲<br><br>Case Number:  23CV577<br>Courtroom: 215 |

**DECLARATION OF ASHLEY KISSINGER IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS THE COMPLAINT**

I, Ashley Kissinger, depose and state as follows:

1. I am over the age of eighteen years old, and I have personal knowledge of the facts set forth in this Declaration.

2. I am a licensed attorney practicing out of the Ballard Spahr LLP offices in Colorado. I am licensed to practice law in Colorado, as well as in the states of California, New York, and Texas, and in the District of Columbia. I represent Defendants DP Media Network LLC, publisher of *The Denver Post* ("The Denver Post"), and Mac Tully, former President and CEO of The Denver Post, in the above-captioned matter.

*Denver Post Declaration*

NewsRoom

11/28/20 Denv. Post 6A
2020 WLNR 34216833

Denver Post (CO)
Copyright (c) 2020 The Denver Post Corp.

November 28, 2020

Section: ASECTION

Local Briefs

Man arrested in KILLING of 71-year-old

LONGMONT Police early Friday arrested a man identified as a person of interest in the death of 71-year-old Randall Schubert, who was assaulted and robbed Nov. 5.

Edward Herbert Hoid, 36, was arrested about 1 a.m. Friday after officers were dispatched to The Village at the Peaks, 1250 South Hover St., on reports of a man, later determined to be Hoid, throwing rocks at businesses. Numerous businesses and vehicles in the area were broken into, according to the arrest affidavit.

Hoid ran from officers but complied with the arrest when officers told him to stop, the affidavit states.

**Longmont Police Department**
Narrative

On Thursday 111920 I received a voicemail from Barton saying he saw the Voice of Longmont and has a positive identification.

I went to Mida:
and he said th
hundreds of tir
truck so they v
with a yellow h
man sitting at t
person. He sa

The bicycle wa
bicycle I was lo
outside but he
and uploaded

I received a ca
regarding the
came into her l
a similar mask
unrelated thing

WITNESS-Candace Nakamoto (Candace) called and told me the following: She saw the Denver Post news about
case 20-8649. The photos were her brother, "Eddie Hoid."

Similar activities took place involving the other news defendants.

Eric Elliff was presented with irrefutable proof of fraudulently concealed news offense. The defense insisted that the news defendant was accurately reporting information supplied by police. Erik Elliff dismissed the claims and reported that "Randall Shubert was knocked off of his bike, robbed, assaulted and died as a result", this was applied to both CBS-4 and Denver Post cases. Erik Elliff fraudulently conceals the defendant's offenses, violates equal protection laws and falsified legal record at the same time and is hindering free speech involving issues of public interest and concern. Offenses incited by the news defense and defendants.

Mark Bailey dismissed the FOX-31 case, claiming that the claims stem from the robbing of Randall Shubert and reported that the defendant accurately reports information supplied by the police.

Dea Lindsey was presented with similar activities and offense. Dea Lindsey reportedly examined the criminal discovery 20CR002138, she is a Boulder County District Court Judge, she

reported that after examining the factual record and criminal discovery, that Randall Shubert suffered a head injury during a fall and died as a result weeks later in the hospital, but dismissed for statute of limitations, it is undeniable that fraudulent concealment and exceptional circumstances while judicial actors are unlawfully participating in egregious offenses in order to conceal and evade accountability and in order to accommodate the news offenses, also activities aimed at taking my family and I out, prevented sooner participation, I hand wrote every pleading and had no proof, I did actually file timely in the wrong court anyway.  Never the less multiple district courts reported completely contradicting statements pressed against a preserved criminal discovery, so multiple district courts have issued contradicting opinions and reported contradicting statements involving the same incident.

The news defendant's defense attorneys made an appearance during proceedings involving injuries caused when I was refused insulin, had I not made the appearance the news lawyers would likely have intervened in a medical claims case and incited offense there.  They observed the hearing.  Similarly, those lawyers were allowed to attend hearings, while I was held in prison for news offense, the District Court did allow for administrative closure due to acknowledged extraordinary circumstances hindering participation, in case 1:23-cv-00462. When the news defense attorneys were afforded conferrals without my knowledge and presence during case 1:24-cv-01127 the district court issued a different opinion about the circumstances, in order to accommodate fraudulent concealment and evasion for the news defendants, needless to say the news defendants have been afforded enough of a sporting chance to do whatever they want and harm whomever they want, which happens to be the young future generation in this case, so long as they are not Hispanic, and incite the people and courts to lawless violent offense for profit and control.  My family and I are very competent and are very capable, so are our

children, their contributions and futures have been robbed from them and the people. With compensation, to counter the disgraceful damages, who knows what good we will do in place of the defilement and destruction, the fact that the unlawful officials could be replaced with good public servants, demonstrates indifference and deliberate acts.

The District Courts are asserting that the news defendants accurately reported information provided by Longmont Police. So do the news defendants and their lawyers. A very thorough examination of all police activities and the content of press releases turns up no trace of the police supplying information such as Randall Shubert being beaten to death, knocked off of his bike, robbed, assaulted and killed.

The Courts assert that the police supplied this information and since it is untraceable and nowhere to be found on public records during the time of news activities, the court is asserting that the offenses are being concealed by the police, so this action brings all parties and offenses under attack, and should put a stop to the back and forth lying and additions of offenses. If the police declare that they did not supply the accusations of deadly beating and other statements reported by news defendants, and they cannot and will not admit that they did because they did not supply the information, but the district court's assert they did and the news defense even filed declarations under oath asserting such, this is a well-founded action with substantial public significance. The U.S. Courts exist for the public and because of the public.

This information will compose a petition for writ of certiorari review involving lawless judicial misconduct, contradicting court opinion and free speech.

The Colorado Court of Appeals has done the same reporting a homicide investigation triggered the news to commit what would be unlawful offense regardless of whether or not police told them that I beat a 71-year-old to death, all have attempted to deter me and coerce me

89

to stop litigating with threats that they will enforce me reimbursing the fraudulent news defense lawyers.

All this incited partiality and it was impossible to retain counsel, due to fraudulent records and publicity, also law enforcement and courts falsifying documents on public records. Deliberately, the courts, police and news defendants hindered me from obtaining counsel needed in order to obtain relief from known to be egregious civil rights violations. Unlawful acts and violations of the constitution incited by all defendants, while the defendants are afforded counsel at the people's expense, and while courts are corrupted at the people's expense. Equal protection violations exist further, in the form of me being a protected class by the ADA, I am not and have never enjoyed that privilege or protection, yet fraudulently the defendants are protected by fraudulently claiming first amendment rights, they are not entitled anyway defamatory speech broadcast that states false factual accusations and incites crimes and violence is not lawful or protected, and I am at the same time not enjoying lawful protection against deliberate medical indifference and discrimination, among several other rights the law has been misused to hinder and deprive me of the protections and privilege.

I am in critical condition and disabled anyway, the threats are ineffective, I am not afraid and I will get justice, by any means, I am obligated to my children and my Country to pursue the Federal and other officers to no ends.

The dangers and imminent threat are still held over my children, my family and myself, enter Edward Hoid into a google search. The people are still deprived of factual public records and are deprived of free thinking and speech. The American People are entitled to prosecute these matters with due prejudice and intolerance, many of the public have prepared affidavits and witness testimonies, the endorsed witness list offers affidavits from numerous citizens who were

90

affected and who demand public notice and the people be allowed freedom of information, and protection from these offenses and lawless actors, and our due process.  The witnesses may choose to participate in this action as co-plaintiffs later on.  Public, legal records are inaccurate and fraudulent as a result of this situation and that is unlawful and news defendants intentionally incited the unlawful acts, so did all the defendants in the caption, meanwhile the US District Courts abroad are enacting these practices and News driven policies.

The Court is compelled and obligated to report the criminal activities of the police, courts, lawyers and state actors for criminal proceedings to the U.S. Department of Justice and recommend certiorari review of this case, in accordance with the Constitution and equal protection of law, since the US Supreme Court does review issues of free speech and contradicting district court opinion involve the same incidents with precedence, that also because of the fact that I am not allowed to report the crimes committed to the perpetrators.

The endorsed witnesses offer affidavits and are the public, I make this a class action with intentions of affording the public an opportunity to participate and amend additional claims into this action.

I do invoke equitable estoppel, preventing fraudulent defenses and further falsification of legal and federal documents and records, and the first amendment does not protect defamatory speech and law limits speech that incites violence and crime.  There is no definite statute of limitations governing incitement and all the elements of the offense are present, and very visible in what is supplied in this pleading, future pleadings and massive amounts of proof and material are now available, though I was held in Maximum Security Prison for years to prevent the discovery of that material and Courts will not allow me to discover the rest through subpoenas.

On several occasions I have communicated with Google, Google continues to publish

images of me and heinous news articles accusing me of beating Randall Shubert to death.  This is not protected speech, the publications are not an issue of public interest, the publications do not result from information supplied by law enforcement.  Google refuses to remove the content, this becomes a continually inflicted injury.  I published counter speech on the public forums; Google removed the speech and is censoring.  This also incites lawless acts against me currently and on a national scale.

After I was charged for a count of identity theft, I was convicted in an unlawful manner that produced a fraudulent defense for the news defendants.  I attempted to appeal the conviction, but the Court of Appeals would not allow me that due process and they falsified the record and allowed a different Court than the one who convicted me to respond and falsify the record for purposes of the fraudulent defenses which law enforcement and Colorado Courts aided the news defendants in manufacturing, the Attorney General's Office reported during the unlawful proceedings involved with the appeal, that I purchased items and sold them for cash, at the same time the Attorney General's Office presented a statement supplied by an ex-girlfriend who reported that I didn't sell anything.  She had instructed me what to purchase with a card which a homeless stranger found and gave me while I was incapacitated.  The Judicial Defendants in this case, who falsified the record also are guilty of misprision, all decisions and actions taken outside the scope of their jurisdictional duties and outside the scope of proceedings.  The Judicial defendants falsified the record, and violate numerous civil rights, also the content of some of the falsified record is verbatim, defamatory statements authored by the news defendants, the falsified record and reports entered on record abroad which law enforcement falsified, is verbatim, defamatory statements authored by the news defendants.  The Judicial defendants' opinions were published, and so they participate in publishing, verbatim false accusations of murder and violent

crime, and the news defendants' defamatory offense is now published again, worldwide on the internet.

I am filing formal complaints and writ for certiorari, for some instances. This Court is obligated to justice and the people, not the news.

**The Aftermath**

Please consider, this is an extreme and extraordinary situation. There is no denying this. There is no way the Government could understand and it is likely the case the Government wishes to remain privileged and doesn't want to understand the situation. My direction, my pursuit is unchanged. I love science and I want to do good things for my people. Am I expected to apologize for being born a Type One Juvenile Diabetic and for the incapacitations caused because of other privileged people refusing me insulin with intentions of sitting back and observing damages and enjoying the entertainment cast on the television by news companies?

I have just endured and fought for my freedom and my life, without cause. I am at the same time making arrangements to continue to plan to do good. I have gotten enrolled full time in college again, I back tracked to the community college level once again, but I will relearn some things and will transfer to a university soon and I will make the good contributions I always intended. I promise that I will incorporate an undeterred drive to prosecute these traitors into my success. It is inevitable and there needs not be any more additions of damages and cost to the people. These defendants belong in prison, for the false accusations of murder that I did

not deserve to go to maximum security prison for, and for treason.

I go to church, I am healing my family, I am working hard to survive the impossible, I learned to walk again. I am continuing my education; this is what I am and it is also what makes these defendants what they are. I make things, I contribute to the people, that is where I have permission to do right by the news and egregious, criminal, governmental actors involved in this case. What are the defendants offering? Counterproductive offenses committed against the American People.



# My Account

Welcome, Edward! At Front Range Community College, our focus is your success. We have the guaranteed transfer degrees for you to be successful at your targeted four-year school. We also have state-of-the-art career and technical programs to make you job-ready in high-demand fields.

**Create a New Application**

## My Applications:

| | |
|---|---|
| Application: | Fall 2025 - Physics Transfer Major AS |
| Status: | Submitted |
| Action: | View |





With permission from the immigrant populations and the Government I hope to prevail as can be seen below, it's just college algebra and chemistry, precision machining classes as well, I intend to do the same things as always, win.  Excel and against the odds and a political party and entire foreign nations while they invade my country, I am bent on achieving the best scores and acquiring the best skills.  I have known sheet metal work, and cannot pursue a career there because of lying politicians and news outlets, yet the gang member and illegal immigrant Kilmar Abrego Garcia is so privileged in my country.









**Background Section III, Federal Officers**

Knowing that Kilmar Abrego Garcia is unlawfully in this Country and knowing of his

ties to MS-13, a known distributor of the leading cause of death to one generation in this

Country, knowing that were the one political party to instead of rehabilitating the damages and

death they are causing through Medicaid, and if that were even the case in communities across

America where politicians are standing in place of doctors who usually determine medical needs

for qualification of emergency medicine relief such as those intended to be addressed with

Medicaid, politicians ensure that medicine is guarenteed for non-medical issues as can be seen

below.



## Gov. Jared Polis signs bill protecting gender-affirming care coverage in Colorado

BY: SARA WILSON - MAY 23, 2025   12:35 PM

Colorado Gov. Jared Polis signs House Bill 25-1309 into law on May 23, 2025 in Denver, Colorado. The law prohibits health insurers to deny affirming care coverage. (Sara Wilson/Colorado Newsline)

Colorado Gov. Jared Polis signed legislation into law on Friday that codifies health insurance coverage for gender-affirming care.

"Today, we're sending a clear message: Coloradans will not let politics get in the way of medical care. As we face national efforts to erase access to gender-affirming care, including threats to Medicaid and pending decisions at the Supreme Court, we're stepping up to protect what we know is right," bill sponsor

And so, it is very clear from above how I was tortured and not allowed insulin or

Medicaid as a Type One Juvenile Diabetic.  That is Federal Medicaid funding which deprives

other States and all the People.

102

Would it not make sense to empower the American People by supplying the funds given to States through Medicaid to treat illicit drug use, to the American People with instructions to eliminate illicit drugs and the supply?  Or couldn't the misused public money be paid to the drug cartels instead, giving them what they want in order to leave us alone?  The US Courts are doing nothing to stop the issues and in fact are promoting the illicit drugs and encouraging the cartels, racism and illegal immigrants to continue to gain power and control of my People, and they will suffer no consequences, this metaphor demonstrates how anything is healthier for my People and Country, than what has become of our Laws and Courts.  Just as an example, the billions of Federal Public's dollars supplied to Colorado every year, what have they done except make the problems worse and killed more Americans.

The practice uses the news for propaganda, and has the public very deceived, I am a white man and I have never done anything to harm another, and I have never sought to.  In the same State, some counties, have made it curriculum that sixth graders will be forced to consider whether or not they would ever have sex with the same gender, and they are forced to consider gay sex at age 10 by grown people.  The Hispanic communities don't offer the same to their kids. Regardless it's disgraceful.  I am living among the people, not the officials who ordered the release of Kilmar Abrego Garcia, where ever I go, while residing in Colorado, a major sanctuary state, one race is assaulted, abused, and eek their way past unified Hispanic populations, through checkout lines at Wal-Mart, and anywhere I go for no reason, I didn't do anything to anyone, and any person who supports this hate and evil is committing hate crimes after being manipulated by News Companies and one political party.  With the exhibits displayed here and now, I am open to counter claims.

It was not a mistake when Kilmar Abrego Garcia was deported, it was deliberate offense

103

when I was accused of beating a senior to death and was not returned home.  To allow Kilmar Abrego Garcia asylum, and by allowing him to stay in this country when he argued that he wanted to avoid the gang he is a part of, in El Salvador, I actually endured that very gang in the worst maximum security prison in Colorado while I had no charges, and unlike the politicians and officials who allowed a foreigner to avoid that gang, I was forced to contend with it, and my generation are dying because of it.  It is an equal protection crime committed and only against Americans.  I will point out from experience, that none of the incited supporters of MS-13 and fentanyl epidemics are denied my rights and privilege.

When I filed for a writ of habeas corpus, it was well known, all of the foregoing and more.

US District Court Magistrate Richard Gurley developed a recommendation to deny and dismiss that action, knowing that I was detained in the most violent prison possible in order to prevent the discovery of News offense and without charges.  He knew that the News was using the prison.  Richard Gurley also knew that I was tortured into being a witness against myself as can be seen below,

**VTE Prophylaxis Orders** (From admission, onward)

| Start | | Ordered |
|---|---|---|
| 11/13/22 0000 | **heparin injection 5,000 Units  (VTE Prophylaxis Medical Panel)** *Every 8 hours scheduled | 11/12/22 2052 |

Code Status  Full

Patient will require a 2 midnight stay.  Reason HHS

Expected Disposition home

50 minutes of Critical Care was provided in order to assess and manage the high probability of imminent or life-threatening deterioration of HHS requiring Insulin drip.

This patient encounter is occurring during the national pandemic emergency related to COVID-19.  COVID-19 countermeasures are actively being utilized and factored into all documentation and clinical decisions.

**Subjective:**

**Chief Complaint:**
Chief Complaint
Patient presents with
- Hyperglycemia

Notice was supplied to Nancy Salamone that if I were removed from an ICU and was

prosecuted, that I was under HHS, hyperosmolar hyperglycemic state,



And also, that there was a high probability of death along with critical needs for

diagnosis.  Nancy Salamone and Ryan Day took me into custody because of this and I was

refused insulin and was prosecuted while incapacitated, I was tortured into two additional,

lengthy sentences and Nancy Salamone did not enter the conviction in order to misprision and

conceal for the news, Bruce Langer entered the latter two successive sentences and I went onto

catastrophe again.  The only charge possible and I am not guilty of, one count of identity theft.

I also supplied the following directly to Richard Gurley during the habeas corpus action,

because the Colorado Attorney General's Office had supplied a complete set of fiction in place

of pleadings associated to any conviction,

23CA1976 Peo v Hoid 12-19-2024

COLORADO COURT OF APPEALS

---

Court of Appeals No. 23CA1976
Boulder County District Court No. 20CR2138
Honorable Nancy W. Salomone, Judge

---

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Edward Herbert Hoid,

Defendant-Appellant.

---

ORDER AFFIRMED

Division IV
Opinion by JUDGE HARRIS
Yun and Kuhn, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**
Announced December 19, 2024

---

appeal, Hoid did not sufficiently allege that he was entitled to file an

appeal.  Under section 18-1-409(1), C.R.S. 2024, a defendant who

pleads guilty may not appeal his sentence if the sentence imposed

"is within a range agreed upon by the parties pursuant to a plea

---

[2] The sentencing judge was the same judge who considered and denied Hoid's Crim. P. 35(c) motion.  By denying the Rule 35(c) motion, the judge implicitly found that evidence of Hoid's diabetes would not have changed the outcome of the sentencing proceedings. *See, e.g., Voytik v. United States*, 778 F.2d 1306, 1310 (8th Cir. 1985) (where district court judge had determined "that he would not have reduced [the defendant's] sentence" even if counsel had performed as the defendant wished, the defendant's ineffective assistance of counsel claim failed for lack of prejudice.).

8

As can be seen the Colorado Court of Appeals and the Attorney General's Office

supplied a record that reports Nancy Salamone sentenced me and that she denied the petition for

post-conviction relief, while admitting that I was mentioning the critical condition I was in

during prosecutions, she referring to the torture as just diabetes and it is in fact a Type One

Juvenile Diabetic being refused insulin, the life expectancy of such is days to weeks.

I supplied the following as well to the US District Court, proving that they were

developing recommendations and actions against the habeas corpus filing based on fiction

supplied by the state with intentions of concealing news offense and attempted murder.

| Court Address: | Boulder Justice Center<br>1777 Sixth Street  P.O. Box 4249<br>Boulder, CO  80306-4249 | | DATE FILED<br>May 12, 2023 |
| --- | --- | --- | --- |
| Phone Number: | 303-441-3750 | | |

˚ **COURT USE ONLY** ˚

| | | Case Number: | 2020CR002138 |
| --- | --- | --- | --- |

**The People of the State of Colorado**
vs.
**HOID, EDWARD HERBERT**                                    Division:        6

## SENTENCE ORDER

**Defendant:** HOID, EDWARD HERBERT                **Date of Birth:**   03/19/1984

| Count | Class | Plea | Finding |
| --- | --- | --- | --- |
| 1  18-5-902(1)(a) - ID THEFT-USES INFO TO OBTAIN | F4 | Plea of Guilty | Guilty |
| 2  18-4-502 - TRESPASS 1-AUTO-W/INTENT TO COMMIT CRIME | F5 | Plea Not Guilty | Dism by DA |
| 3  18-3-206(1)(a)/(b) - FELONY MENACING-REAL/SIMULATED WEAPO | F5 | Plea Not Guilty | Dism by DA |
| 4  18-4-401(1),(2)(e) - THEFT-$750-$2,000 | M1 | Plea of Guilty | Guilty |
| 5  18-4-501(1),(4)(c) - CRIMINAL MISCHIEF-$750-$1000 | M1 | Plea of Guilty | Guilty |

**ASSESSED FINES & COSTS**
**Count # 1**

| | |
| --- | --- |
| Victims Assistance Fund | $163.00 |
| Victim Compensation Fund | $163.00 |
| Court Costs | $35.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Public Defender Accts Rcvable | $25.00 |
| Restorative Justice Surcharge | $10.00 |
| Department of Corrections: 7 Years | |
| Restitution | $998.33 |

**Count # 4**

| | |
| --- | --- |
| Victims Assistance Fund | $78.00 |
| Jail: 60 Days | |
| Credit for Time Served: 60 Days | |

**Count # 5**

| | |
| --- | --- |
| Victims Assistance Fund | $78.00 |
| Jail: 60 Days | |
| Credit for Time Served: 60 Days | |
| **TOTAL** | **$1,557.83** |

**Other Conditions of Sentence:**
COUNT 1: 7 YRS OF DOC
CONCURRENT WITH 20CR2137
COUNTS 4,5: 60 DAYS OF JAIL STRAIGHT TIME
60 DAYS CREDIT FOR TIME SERVED
RESTITUION 998.33                        /SG

| | |
| --- | --- |
| LANGER, BRUCE | 2023-05-12 |
| **Judge/Magistrate** | **Date** |
| HOID, EDWARD HERBERT | 2023-05-12 |
| **Defendant** | **Date** |

•••••••••••••••••••••••••••••••••••••••••••••••••**NOTICE**••••••••••••••••••••••••••••••••••••••••••••••••••
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the

Lewis Babcock is the US District Court Judge who dismissed the action, now under

appeal, 25-1258, Lewis Babcock dismissed all of my initial hand written complaints against the

News Outlets while I was desperate and being held without charges because of the News

Defendants.  Were I an immigrant I would have seen action for the habeas corpus action, that is

were I attacking deportation and not confinement which mine is so obviously illegal, and this

does confirm that the actions of the US District Courts operating in these regions are destroying

the Country with the support of foreign people, and unlawfully. The acts of falsifying the record, when US District Court Judge Phillip Brimmer, acting outside the scope of his judicial capacity, falsified the Federal record during a News lawsuit is crime committed outside his jurisdiction and not a part of proceedings, similarly Richard Gurley and Lewis Babcock do the same, and when they issue mandates for me to reimburse the News Outlets for offenses they committed, they abuse process and violate the 5th Amendment and deprive me of life liberty and property without due process, I being an at risk person and the only money they can take being disability and life sustaining medicine, they abuse an at risk person. I was entitled to relief very obviously and instead they display a false sense of honor for the illegal immigrants and their hatred for American People. When the mentioned US District Court Judges abuse process and take action, not against the confinement of illegal immigrants, but the deportation of criminals, they abuse process such as habeas corpus actions, and this is very obviously a common practice through certain regions operations in the US District Courts, mainly in known sanctuary communities.

Colorado is a sanctuary State, Lewis Babcock and Richard Gurley are former employees of Colorado State Courts and they clearly demonstrate that the fashion of the State politics, sanctuary practices and moreover practices that deprive the American People and exploit foreign people to harm and kill the American People, are the politics which influence all these Federal Officers who are appointed for lifetimes under oath that they will not become influenced by politics and since they have, as well as have become influenced by News Outlets, they are proven incapable and disabled through greed, corruption, inexperience and refusal to enforce the American People's laws. They are betraying the People and are in fact causing the People's destruction while enabling companies to deprive the People of life, liberty and property in violation of the 5th Amendment, punitive damages are sought for claimants of cancel culture,

109

sanctuary policies, and treason.

One example of the deprivation which is harming the American People, being the abuse of process, while other countries are afforded our liberty, lives, property, protections and privilege leaving no room for us to enjoy it and the compromised civil rights movements accomplishments.  Punitive damages should cripple the Federal officers listed.

Although all the offenses are federal crimes and offense listed, defamation offenses were committed nationwide crossing state lines and online, those offenses are concealed and have been by the allowances of News Defendants using a state prison.  The Federal record is falsified by Federal Officers and those Officers also abuse process and power they are not fit to serve the People; in fact, they need to give us back the money they have profited unlawfully while abridging civil rights.

The Fifth Circuit Court of Appeals, issued an opinion that attempts to block the use of the Alien Enemies Act.  This Court proposed that there is no invasion by Venezuela.  I live in Colorado, the Fifth Circuit Judges do not, also it isn't they who are becoming outnumbered and out-privileged by illegal immigrants, how many Americans have died because of the drugs supplied, or how many elderly and innocent American People in Aurora Colorado were extorted and violently displaced by Venezuelans?  The activities that did take place there are home invasions.  It's an invasion.  Meanwhile as can be easily determined by the other examples listed in this, I am imprisoned, tortured and die for no fault of my own, by the Government, while illegals are ensured good credit scores, housing, medicine and freedom in my Country.  The Alien Enemies Act and its deployment offered me protection and safety.  Once again the Federal Courts and the modern unconstitutional practices are depriving me and my people of equity and safety, in violation of the 14th Amendment, the opinions issued by the 5th Circuit Court are

110

unfounded, statements and opinions stating that there is no invasion, even though I am barely

surviving it, and with documented proof from Aurora Colorado, and several other examples, the

5th Circuit opinion tells it like they know or have chosen to come down here to Earth with me

and my people.  That is the cause of those participations being included in this very meritorious

action, and the act of depriving the American People of safety and instead giving everything to

our enemies is a very prejudicial act, and anything to oppose the current president, even things

and acts that are killing millions of Americans, proves the political and media's influence which

does demonstrate partiality and hatred, it also displays that there is a plot to destroy this Country

as we know it and thus far it is effective.  These participations render the actors liable to the

People.  The People did not vote nor issue an opinion about the foreign countries and people's

activities.  The American People are instead silenced and suppressed by News and Federal

Courts.

The College classes I mentioned, Chemistry, College Algebra and Precision Machining, I

am achieving 100 percent scores on every exam, and even through it all, I will not have an

opportunity to use the skills, unlike the actual criminals who are unlawfully in this country,

because of the news and Courts.  Regardless it proves that we the American People do not need

to be replaced because of bad credit and by unlawful, deranged actors.  Enough is enough and

there is no immunity while committing the acts described.

This case demands a jury of the People for review, and that means the Solicitor General,

News Lawyers and State's Attorney General can prepare an answer on their behalf for arguing to

the American People.  We have a right, surpassing the Court's and News to run this country and

manage the listed actors.

The practices and policies enacted, in these sanctuary Courts and Communities ensure that all privilege and even medicine are enjoyed by illegal immigrants and not by Americans. The Governor of the Sanctuary State of Colorado, passed laws that he is making medical determinations and ensured eligibility for medical aid, e.g. Medicaid, on the basis of gender identification, Jared Polis is not a doctor he is not allowed to make medical determinations that grant automatic eligibility for transgender people to use Medicaid for non-medicine needs. Similarly, while I have been deprived of insulin, aid and care for chronic, lifelong, life-threatening disabilities, these communities and their loyalty to foreign people and the local and Federal governments have handed over all the medicine, food aid, and American Civil Liberties to non-qualifying persons who are not persons under this Country's laws or Constitution, they have their own.  So it is with good cause that the cause and officials be brought into view during this action, it involves the public and so a jury is necessary.

## Background Section IV

I filed several lawsuits against News Companies while being held in maximum security prison without charges, for the News by the State and Federal Government, and they did so while refusing me insulin until death, and in order to prevent the discovery and presentment of the News offenses which turns out being propaganda for radical officials bent on killing and destroying one race of people or for political gains and profits.  These are the facts and the practice is clearly widespread through out States of one political party and the Federal Judges who begin their careers in law as judges in those States.  The practice is widespread and the so-called officers conduct the Federal and State Court rooms in a way that silences the people.

When I filed the lawsuits, hand written while I was incapacitated and dying in Maximum

112

Security prison, where I was held by the News essentially, I demanded subpoenas.  The News Defendants opposed and concealed.  The Judges denied and refused the subpoenas seeking the publications and activities that mutated and progressed to soliciting the mutilation of a corpse for fraudulent concealment purposes.

The Judges, all of them censored the record by publishing verbatim, the slander and lies authored by the news.  The fact of the matter is were I George Floyd, or black or Hispanic, the News and these dishonorable misplaced officials would not have published and acted as they did. I was never charged, no warrants, no murder, no old man beaten to death, I was just a dying and tortured innocent white man.

The officials censored the record and do conceal the News offense while participating in the offenses and at the same time the censored and falsified record is published online and suggest some factuality behind the numerous News publications still posted which accuse me of beating a 71 year old to death, that being the information supplied by an insane woman who told the News this fiction, also a woman who authorized her dead husbands body to be mutilated with no injuries prior to and because the News and Ballard Spahr conferred with that woman and obtained her willingness to allow the disturbing events.  The listed officials are practicing propaganda and make fools of the People, then in response to these public matters and significant issues of public concern and interest, the officials dismiss cases as though they are frivolous and refuse the American People the right to assemble as a jury and remove these criminals from our Courts and solve the issues.

Censoring by officials violates the First Amendment, so does silencing the American People who are supposed to be in charge and it isn't as though the officials aren't paid enough of our money to do their job.

The News Offense was cast and published in view of the public in every State and by News Outlets based in several States and so this invokes Federal Jurisdiction, although the US District Court attempts to apply state law of one State.

That same Federal Official falsified the Federal record after communication with a News Defendant and Ballard Spahr ex parte.  These are actions taken outside proceedings and jurisdiction by the Federal Judges and so they are liable, the actions are also federal crime.

I will produce one copy of this complaint to the Solicitor General as notice.

The Defendants are all participating in the same racist and destructive offenses and abuses and in exact fashions.  The publications were cast as far as Washington D.C., and Americas Most Wanted published the information.

The News Defense so far has solicited crimes committed by Federal Officials and the mutilation of a corpse.  The record is falsified; the offenses are concealed and have been by all of the Defendants.

Anti-Slapp laws are only useful to News Companies and do not protect the People. Officials are in fact teaming with deranged News Companies and allow those News Outlets to control the American People, and incite racism, hatred, violence, and our demise.

**Background Section V**



Above is the docketing information for a case filed by me on July 21st, 2025.

Federal Courts in California, ordered the LDS Church to pay millions of dollars through tithing

funds to 91 people, many males and gay, for the 91 people claiming that decades ago, and one

case claiming that in 1961, also a few dead people sued the Church tithing, they claim they were

groomed by a member of the LDS Church.  A Christian Faith.

Suddenly numerous Law Firms across the nation began advertising the structure of the Church

and began to report again and again on YouTube and online that thousands of people are filing

claims of sex abuse against the LDS Church and that they were being paid millions and billions

of dollars by the Church.  The ads published that no one needs a police report and that it doesn't

matter how old the claims are even 40 years ago.  The News begins reporting stories by people,

trying to rob the Church and who were incited to do so with promises of riches for identifying a

member of the LDS Church and falsely reporting in civil Courts that they were sexually abused.

People began going to prison.  The false claimants began reporting on ABC News and other

News outlets that they weren't members of the Church, but had found 42 other children in one

ward being sexually abused.  A ward is like 100-200 members.  The law firms, Federal Courts

and News aim to attack the charity tithing money of the Church.  I informed Google that it was

religious persecution and was causing consequences and suffering by reason of good faith and that the activities were harming children and at-risk people who rely on the charity at times. I am a Member of that Church and my tithing is attacked while my practice is exactly opposite of Sex Abuse and so is that of my entire Church. I supplied several examples and the damages caused to Richard Gurley of the United States District Court of Colorado, now that Colorado has made it curriculum in the sixth grade to stress children about if they are comfortable in their own skin and in order to force them to consider gay sex and proposes that the children should know through this practice that they are likely transgender.

These Federal Courts belong to the People and exist as the means of law and protection from civil liberty deprivations, death, illness, deprivation and abuse by Government and News. Richard Gurley and the United States District Court of the District of Colorado were placed on notice and observed the religious persecution and attempt to misprision the undisputed offense, they refuse a public opinion and refuse to allow the Federal Court to serve its purpose and refuse good, decent lawful Christians protection by our laws and through our Courts.

This is especially significant and is the common practice of the Federal Officers listed in this Complaint, to abuse process and obstruct the People from justice, while affording privilege and allowance to kill, rape and rob to any race and foreign persons from anywhere but America and as long as they are not white or Christian. This isn't as stupid as it simply being the White people's turn it's worse than that because the latest two or three generations no nothing about civil rights or what it entails to have none, I can testify of that through actual experience. Regardless, I am pointing out that the Constitution is no longer useful to the People and we cannot expect lawful protections or civil rights achieved through the United States District Courts.

116

I am attaching a "Notice of Related Case" and will later supply proceedings for case 1:25-cv-02228-RTG so that this case will demonstrate exactly what was reported concerning LDS religious persecution and exactly what was observed by Federal Officers.  They knew the situation, and deliberately silenced the case and disregard it in order to participate in the abuse of the Federal Courts bent on destroying the Christian faith and white race, even by targeting children first.

On September 10th, 2025, the abuse of process, the News Companies, and Federal and radical State actors is irrefutably attempting genocide and demonstrates hate and a true plot to destroy this Country as we know it.

The reported egregious, religious persecution was obviously disregarded and is the persecution that led to the assassination of Charlie Kirk in Utah while promoting Christian Faith to a bunch of LDS Church goers and college students in Orem Utah.  He was assassinated because of his Christian faith and in a small LDS Community in order to cast fear and display hatred to the good LDS people who have only ever given everything they have to less fortunate people.  There are process and a means to prevent this and protect the People but these Federal Officials won't allow us the American People to use our laws and Courts for that purpose.  The News is inciting much of it and now a misled and an impaired crowd, damaged by the News and radical portion of the Government thinks it's okay to use guns and shoot us while participating in the activities and offenses of one portion of the Government and News.

Every Defendant listed in this Complaint belongs in prison, together where they can impress each other with their conducts and that would relieve the rest of us from the burdens and losing our homes, property and lives.

There is nothing credible expected to come from the News and certain numbers of officials and

in this case, it is always welcomed, counter claims if anyone dares.  This case leaves little room for arguing it is undeniably one of the most needed recordings and proof for the American People of every race and especially those who are simply trying to be decent and kind.  This latest information binds the Federal Officers listed for massive prosecutions.  I would report the crimes, yet I can't do so to the parties committing the crimes and while they are silencing the events and hiding them from public view.

I am pursuing claims in other District Courts for these matters, I want to avoid repetitive lawsuits and so I list now, related cases that serve as probable cause and which identify who and what incited Charlie Kirk's assassination, as well as what and who incited some of my Churches children to be burned alive at Church in an LDS Church in Michigan.

I will end this long Complaint with concise claims against Federal offices and the claims being filed in this particular case in the US District Court, Washington D.C.

## Summary of Statements and Related Cases

I have long attempted to report the crimes and offense to the F.B.I. and the F.C.C. Both

are hindered by the forged and falsified records.

When the State of Colorado supplied the following fake record to the Federal Courts

during a habeas corpus action,

23CA1976 Peo v Hoid 12-19-2024

COLORADO COURT OF APPEALS

Court of Appeals No. 23CA1976
Boulder County District Court No. 20CR2138
Honorable Nancy W. Salomone, Judge

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Edward Herbert Hoid,

Defendant-Appellant.

ORDER AFFIRMED

Division IV
Opinion by JUDGE HARRIS
Yun and Kuhn, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**
Announced December 19, 2024

appeal, Hoid did not sufficiently allege that he was entitled to file an appeal.  Under section 18-1-409(1), C.R.S. 2024, a defendant who pleads guilty may not appeal his sentence if the sentence imposed "is within a range agreed upon by the parties pursuant to a plea

---

² The sentencing judge was the same judge who considered and denied Hoid's Crim. P. 35(c) motion.  By denying the Rule 35(c) motion, the judge implicitly found that evidence of Hoid's diabetes would not have changed the outcome of the sentencing proceedings.  See, e.g., Voytik v. United States, 778 F.2d 1306, 1310 (8th Cir. 1985) (where district court judge had determined "that he would not have reduced [the defendant's] sentence" even if counsel had performed as the defendant wished, the defendant's ineffective assistance of counsel claim failed for lack of prejudice.).

8

Court Address:    Boulder Justice Center
                  1777 Sixth Street  P.O. Box 4249
                  Boulder, CO  80306-4249
Phone Number:     303-441-3750

DATE FILED
May 12, 2023

**˚ COURT USE ONLY ˚**

Case Number:    2020CR002138

**The People of the State of Colorado**
vs.
**HOID, EDWARD HERBERT**

Division:    6

**SENTENCE ORDER**

**Defendant:** HOID, EDWARD HERBERT          **Date of Birth:** 03/19/1984

| Count | Class | Plea | Finding |
|---|---|---|---|
| 1  18-5-902(1)(a) - ID THEFT-USES INFO TO OBTAIN | F4 | Plea of Guilty | Guilty |
| 2  18-4-502 - TRESPASS 1-AUTO-W/INTENT TO COMMIT CRIME | F5 | Plea Not Guilty | Dism by DA |
| 3  18-3-206(1)(a)/(b) - FELONY MENACING-REAL/SIMULATED WEAPO | F5 | Plea Not Guilty | Dism by DA |
| 4  18-4-401(1),(2)(e) - THEFT-$750-$2,000 | M1 | Plea of Guilty | Guilty |
| 5  18-4-501(1),(4)(c) - CRIMINAL MISCHIEF-$750-$1000 | M1 | Plea of Guilty | Guilty |

**ASSESSED FINES & COSTS**
**Count # 1**
| | |
|---|---|
| Victims Assistance Fund | $163.00 |
| Victim Compensation Fund | $163.00 |
| Court Costs | $35.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Public Defender Accts Rcvable | $25.00 |
| Restorative Justice Surcharge | $10.00 |
| Department of Corrections: 7 Years | |
| Restitution | $998.33 |

**Count # 4**
| | |
|---|---|
| Victims Assistance Fund | $78.00 |
| Jail: 60 Days | |
| Credit for Time Served: 60 Days | |

**Count # 5**
| | |
|---|---|
| Victims Assistance Fund | $78.00 |
| Jail: 60 Days | |
| Credit for Time Served: 60 Days | |
| **TOTAL** | **$1,557.83** |

**Other Conditions of Sentence:**
          COUNT 1: 7 YRS OF DOC
          CONCURRENT WITH 20CR2137
          COUNTS 4,5: 60 DAYS OF JAIL STRAIGHT TIME
          60 DAYS CREDIT FOR TIME SERVED
          RESTITUTION 998.33                     /SG

LANGER, BRUCE                                    2023-05-12
**Judge/Magistrate**                             **Date**

HOID, EDWARD HERBERT                             2023-05-12
**Defendant**                                    **Date**

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙NOTICE∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙
Following this hearing you are to present this form to the Clerk's Office for payment.  Payment is due by the end
of business on your Court Date.  Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts
assessed at the time of order, the Defendant shall pay an additional time payment fee.  In addition, the

I pointed this fact out to the Federal Court and also the fact I was held without charges

and that I was tortured and was not actually convicted and for the sake of the News, I absolutely

qualified for relief under that action.  I appealed the dismissals to the Tenth Circuit.  I notified

the Tenth Circuit and got this response;



Appellate Case: 25-1258    Document: 19-1    Date Filed: 09/19/2025    Page: 1

FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

September 19, 2025

Christopher M. Wolpert
Clerk of Court

EDWARD HOID,

    Petitioner - Appellant,

v.

STATE OF COLORADO ATTORNEY
GENERAL; COLORADO
DEPARTMENT OF CORRECTIONS
DIVISION OF PAROLE,

    Respondents - Appellees.

No. 25-1258
(D.C. No. 1:25-CV-00536-LTB-RTG)
(D. Colo.)

**ORDER DENYING CERTIFICATE OF APPEALABILITY**[*]

Before **MATHESON**, **PHILLIPS**, and **McHUGH**, Circuit Judges.

To bring an appeal from the denial of a 28 U.S.C. § 2254 motion, the movant must

first obtain a Certificate of Appealability ("COA"). *See* 28 U.S.C. § 2253(c)(1). Edward

Hoid, a state parolee proceeding pro se, seeks a COA to appeal from the district court's

denial of his petition for habeas relief pursuant to 28 U.S.C. § 2254. Mr. Hoid also seeks

to proceed in forma pauperis ("IFP") on appeal. The district court denied Mr. Hoid's

§ 2254 motion because it concluded that nine of his fourteen claims were not cognizable

in a habeas corpus action, and that the remaining five were procedurally barred.

---

[*] This order is not binding precedent except under the doctrines of law of the case,
res judicata, and collateral estoppel. It may be cited, however, for its persuasive value
consistent with Federal Rule of Appellate Procedure 32.1 and Tenth Circuit Rule 32.1.

Appellate Case: 25-1258    Document: 19-1    Date Filed: 09/19/2025    Page: 2

Construing Mr. Hoid's pleadings with the appropriate liberality, we conclude that

reasonable jurists would not debate the district court's resolution of his claims.[1]

Exercising jurisdiction under 28 U.S.C. § 1291, we dismiss Mr. Hoid's petition and deny

his request to proceed IFP on appeal.

**I.    BACKGROUND**

Mr. Hoid pleaded guilty in 2023 to identity theft, theft, and criminal misch

May 12, 2023, he was sentenced to seven years in prison and three years of parole.

Mr. Hoid did not file a direct appeal. On September 11, 2023, Mr. Hoid filed a state



Exercising jurisdiction under 28 U.S.C. § 1291, we dismiss Mr. Hoid's petition and deny his request to proceed IFP on appeal.

### I.    BACKGROUND

Mr. Hoid pleaded guilty in 2023 to identity theft, theft, and criminal mischief. On May 12, 2023, he was sentenced to seven years in prison and three years of parole. Mr. Hoid did not file a direct appeal. On September 11, 2023, Mr. Hoid filed a state motion for post-conviction relief in the trial court pursuant to Rule 35(c) of the Colorado Rules of Criminal Procedure. The trial court denied the motion, and the Colorado Court of Appeals affirmed the denial on December 19, 2024.

On February 19, 2025, Mr. Hoid filed the underlying Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the District of Colorado, raising fourteen claims for relief. Among these claims, Mr. Hoid argued that he was a victim of a conspiracy between law enforcement and media outlets, that he was imprisoned for a crime he did not commit, and that his conviction was based on a falsified record. Respondents filed a response, arguing that Mr. Hoid's claims should be denied because they were unexhausted, and thus procedurally barred.

---

[1] Because Mr. Hoid is proceeding without the assistance of counsel, we "construe his pleadings liberally." *Ledbetter v. City of Topeka*, 318 F.3d 1183, 1187 (10th Cir. 2003). However, we "cannot take on the responsibility of serving as [his] attorney in constructing arguments." *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005).

2



Appellate Case: 25-1258    Document: 19-1    Date Filed: 09/19/2025    Page: 3

On May 30, 2025, the magistrate judge recommended dismissing Mr. Hoid's petition without prejudice. For nine of Mr. Hoid's fourteen claims, the magistrate judge found they were not cognizable under § 2254 because Mr. Hoid did not "challenge the validity of his guilty plea[,] conviction, [or] sentence"; "identify the federal right allegedly violated in each claim" asserted; "describe how the asserted right was violated"; or "allege specific facts in support of each claim." ROA at 753. As to the remaining five claims, the magistrate judge recommended dismissing them as unexhausted and thus procedurally defaulted because Rule 35(c) of the Colorado Rules of Criminal Procedure provided an available and effective state remedy, and Mr. Hoid had failed "to demonstrate either cause and prejudice or a fundamental miscarriage of justice" to excuse the procedural default. *Id.* at 759.

On June 10, 2025, Mr. Hoid filed his objections to the magistrate judge's

I was never represented and the Tenth Circuit denied me, knowing that their decisions were based on an analysis of a fake record and News Offense.  The Tenth Circuit, Scott Matheson, Gregory Phillips, and Carolyn McHugh abuse process in order to misprision and conceal all offense, while at the same time Paula Xinis and George L. Russell III, allow habeas corpus actions to stay deportations, and the illegals are afforded representation, unlike me.

This violates the Fourteenth Amendment in two ways for equal protection and abuse of process, and the Fifth Amendment as it is the public's money affording the illegals representation for unlawful uses and not Americans for founded reasons.

Above displays under Part Three of this complaint, related case 1:25-cv-02228.  I had proven prior to Charlie Kirk being assassinated and warned the Federal Courts, that there was a huge element of religious persecution by transgender populations and liberal law firms while they were abusing my Church and were planting transgender kids and identifying members of my church so people could sue our tithing funds for false accusations of rape against my Church. I reported it in July 2025.  Charlie Kirk was assassinated in September by the same persecution. The assassin was a youth who is a licensed electrician at age 22, which demonstrates good parenting.  The Tenth Circuit, judges sat by Obama and Biden, and who are influenced by Colorado's radical and criminal politics, had recently dismissed claims filed by parents because their children were being allowed to change their identities and gender in elementary school without parental consent or knowledge.  The Tenth Circuit presides over Utah, the politics are enforced over Utah originating from Colorado and the News perpetuates the ideologies onto the minds of the youth.  The assassin engraved the typical chanting's of this radical ideology and turned against the good parenting.

That is what caused Charlie Kirk to be assassinated in front of a lot of LDS supporters,

the product of the Tenth Circuit and the lingering effect of Obama and Biden.

Even after I filed the case 1:25-cv-02228, and after some of my Churches children were burned alive by the same persecution, when the Churches and the religious schools in Colorado began to turn the practice away, specifically, Catholic schools in Colorado would not honor four-year-old children access or their parents, because the children, age 4 were being reported as transgender.  The Churches cannot welcome the activities and don't want to be sued, persecuted and accused of rape anymore by the transgender parents, and the liberal Federal Courts and lawyers.

The Tenth Circuit, Veronica Rossman, Gregory Phillips and Richard Federico enforce and forced the Catholic Schools to admit the 4-year-old transgenders, even after the practice has proven deadly and destructive.

The trend does explain the reasons and culprits of my personal persecutions and suffering under the liberal Circuit.

Above in Part Two of this Complaint, it is displayed that Colorado's politics and Government is creating school shooters.  I was incapacitated and was held that way until death, but Ephraim Debisa, above, after actually committing violent crime and attempted murder, he not religious, was released per State Law for competency evaluations, and he went to a school with a gun, but was arrested finally, again before he was the school shooter.  It is coming from this religious persecution and incitement by these Federal Officials, abuse of the People's Courts and process and definitely from the impaired youth, made such while they are small children by force by the Officials.  I am not government suing government, I am an American Person who the government is supposedly working for.  This lawsuit is filed in a US District Court where American People get to rule on matters and actions taken by the Government.  This is our

Country; we let these Judges work here.  This case needs a jury ruling and we have a right to voice and try these matters without the government dismissing and silencing us.  The people don't want 4-year-old children to be transgender; the government is forcing it and is attempting to replace us with foreign people who can't enjoy the constitution.

# Claims

**Claim One Asserted Against Paula Xinis**

**Fifth Amendment Violations**

Paula Xinis deprives the People and myself included of life liberty and property specifically when misusing public money for representation for illegal immigrants and not citizens.

**Claim Two Asserted Against Paula Xinis**

**Fourteenth Amendment Violations**

Paula Xinis affords representations and process for non-citizens, while citizens are deprived of the same in violation of equal protection laws.

**Claim Three Asserted Against Paula Xinis**

**Fourteenth Amendment Violations**

Paula Xinis Abuses Process, in the form of abusing habeas corpus action and process in order to stay deportations, not addressing confinements, and has not granted such liberty for prisoners in many cases to address the conditions of confinement for citizens.  The purpose of a habeas corpus action is for cases such as mine, my habeas corpus action was denied unlawfully, in example Abrego Garcia is not lawful in this country and is a criminal and Paula Xinis abused this process and ordered Abrego Garcias release, then returned him to this country again, illegally.

**Claim Four Asserted Against Paula Xinis**

127

**Fourteenth Amendment Violations**

Equal protection violations.  Abrego Garcia is being protected by my government from a gang he is affiliated with, I can identify such through my lacking protections against the same gang, while I was held unlawfully and contending with MS-13.  Abrego Garcia committed crime when he entered this country, I did not commit crime and should have been protected from that gang, just like he is.

**Claim Five Asserted Against Paula Xinis**

**Incitement**

Paula Xinis is preoccupying the people's Federal Courts, where we go for protection of our civil rights.  Paula Xinis is preoccupying those Courts and refusing us the protections and process, Paula Xinis is compromising the integrity of the Courts and is only doing so in opposition of another political figure and party than her own, Paula Xinis is doing so in view of the public and the youth and is doing so in order to deceive the people into opposing law and a political party, Paula Xinis is setting a trend and only participates in situations that will display her hatred for another political party, Paula Xinis does these things in view of the public surrounding controversial cases, while making them controversial through her actions and is inciting division and conflict among the People.  The political parties that held me without charges and who tried to murder me and violate my civil rights are fueled and support the unconstitutional practices of Paula Xinis which include attempting genocide and making subjects of humans who live in this country.  Paula Xinis attempts to control the Demographics of the next generations in opposition of specific races and cultures already residing in this Country.  This has impacted me in obvious ways.

128

**Claim Six Asserted Against Paula Xinis**

**Fifth Amendment Violations**

The American People have never voted sanctuary policies into practice or law, those policies are forced onto us against our will by Officials and are protected by unlawful Federal Officials. Those are policies and laws made in States like Maryland and Colorado, where the Obama and Biden administration have appointed entire Federal Benches who enforce the policies made and enforced by State. The practice proves clear partiality and influence over the positions and Federal Officials. The policies are law that abridges civil liberty, privilege and freedom of American Citizens and which deprives the American Citizens of medicine, education, employment, land, property, and through Paula Xinis, life i.e. the leading cause of death to my generation through the sanctuary practices. No person shall be deprived of life liberty and property without due process, and Paula Xinis does all of this and aims to blame the Hispanics and incite conflict between races and cultures.

**Claim Seven Asserted Against Paula Xinis**

**First Amendment Violations**

Paula Xinis takes actions in Court based on policies that the American People never authorized or made law over us. Paula Xinis enforces the illegal policies and does not allow the American People to assemble a jury for public ruling and opinion, the facts are not presented to the people

and our voice is silenced and so is our freedom of factual information concerning issues of public interest. Paula Xinis participates in censoring and propaganda opposing another political party which does censor information to the public.

Paula Xinis's practice is exactly that of Colorado's politics, both are the result of Obama and Biden and not that of the United States Constitution or the American People. After reviewing the material facts supplied in the foregoing it is obvious that Paula Xinis shares a common practice and agenda as the officials who are undisputedly creating school shooters, who are bent on killing and destroying assumed conservative Christians.

Paula Xinis participates in religious persecution and incitement. The practices are very apparent in my experiences and those being described in the foregoing. Paula Xinis does participate with a plot to destroy the Country and subject the American People to foreign government and the Sanctuary policies those foreign governments are participating in establishing in America and these practices aim to deprive the People of a means to endure and of any righteous American aid and support such as Christian Churches. How much of the American People's property is taken and squandered and afforded to foreign People without due compensation?

**Claim Eight Asserted Against George L Russell III**

**Fourteenth Amendment Violations**

George L Russell III affords representations and process for non-citizens, while citizens are deprived of the same in violation of equal protection laws.

130

**Claim Nine Asserted Against George L Russell III**

**Fourteenth Amendment Violations**

George L Russell III Abuses Process, in the form of abusing habeas corpus action and process in order to stay deportations, not addressing confinements, and has not granted such liberty for prisoners in many cases to address the conditions of confinement for citizens.  The purpose of a habeas corpus action is for cases such as mine, my habeas corpus action was denied unlawfully, in example Abrego Garcia is not lawful in this country and is a criminal and George L Russell III abused this process and ordered Abrego Garcias release, then returned him to this country again, illegally.

**Claim Ten Asserted Against George L Russell III**

**Fourteenth Amendment Violations**

Equal protection violations.  Abrego Garcia is being protected by my government from a gang he is affiliated with, I can identify such through my lacking protections against the same gang, while I was held unlawfully and contending with MS-13.  Abrego Garcia committed crime when he entered this country, I did not commit crime and should have been protected from that gang, just like he is.

**Claim Eleven Asserted Against George L Russell III**

**Incitement**

George L Russell III is preoccupying the people's Federal Courts, where we go for protection of our civil rights.  George L Russell III is preoccupying those Courts and refusing us the protections and process, George L Russell III is compromising the integrity of the Courts and is

only doing so in opposition of another political figure and party than his own, George L Russell III is doing so in view of the public and the youth and is doing so in order to deceive the people into opposing law and a political party, George L Russell III is setting a trend and only participates in situations that will display his hatred for another political party, George L Russell III does these things in view of the public surrounding controversial cases, while making them controversial through his actions and is inciting division and conflict among the People.  The political parties that held me without charges and who tried to murder me and violate my civil rights are fueled and support the unconstitutional practices of George L Russell III which include attempting genocide and making subjects of humans who live in this country.  George L Russell III attempts to control the Demographics of the next generations in opposition of specific races and cultures already residing in this Country.  This has impacted me in obvious ways.

**Claim Twelve Asserted Against George L Russell III**

**Fifth Amendment Violations**

George L Russell III deprives the People and myself included of life liberty and property specifically when misusing public money for representation for illegal immigrants and not citizens.

**Claim Thirteen Asserted Against George L Russell III**

**Fifth Amendment Violations**

The American People have never voted sanctuary policies into practice or law, those policies are forced onto us against our will by Officials and are protected by unlawful Federal Officials. Those are policies and laws made in States like Maryland and Colorado, where the Obama and

132

Biden administration have appointed entire Federal Benches who enforce the policies made and enforced by State. The practice proves clear partiality and influence over the positions and Federal Officials. The policies are law that abridges civil liberty, privilege and freedom of American Citizens and which deprives the American Citizens of medicine, education, employment, land, property, and through George L Russell III, life i.e. the leading cause of death to my generation through the sanctuary practices. No person shall be deprived of life liberty and property without due process, and George L Russell III does all of this and aims to blame the Hispanics and incite conflict between races and cultures.

**Claim Fourteen Asserted Against George L Russell III**

**First Amendment Violations**

George L Russell III takes actions in Court based on policies that the American People never authorized or made law over us. George L Russell III enforces the illegal policies and does not allow the American People to assemble a jury for public ruling and opinion, the facts are not presented to the people and our voice is silenced and so is our freedom of factual information concerning issues of public interest. George L Russell III participates in censoring and propaganda opposing another political party which does censor information to the public. George L Russell III's practice is exactly that of Colorado's politics, both are the result of Obama and Biden and not that of the United States Constitution or the American People. After reviewing the material facts supplied in the foregoing it is obvious that George L Russell III shares a common practice and agenda as the officials who are undisputedly creating school shooters, who are bent on killing and destroying assumed conservative Christians.

George L Russell III participates in religious persecution and incitement. The practices are very

133

apparent in my experiences and those being described in the foregoing.  George L Russell III does participate with a plot to destroy the Country and subject the American People to foreign government and the Sanctuary policies those foreign governments are participating in establishing in American and these practices aim to deprive the People of a means to endure and of any righteous American aid and support such as Christian Churches.  How much of the American People's property is taken and squandered and afforded to foreign People without due compensation?

**Claim Fifteen Asserted Against Phillip Brimmer**

**Fraudulent Concealment Through Felonious Misprision**

It is undisputed fact, that a liberal woman residing in Boulder County Colorado, chose to report to FOX News a story that military trained homeless black people attacked her husband and beat him to death or similarly, for no reason and that without information supplied by actual events or law enforcement, FOX News and every News outlet published that I had beaten the man to death and that three unacquainted strangers, none of whom encountered this man ever, and also the man was diagnosed with a single brain swell at an emergency room moments after the man fell due to him retrieving a basketball he dropped while riding a bike.  It is undisputed that I was tortured and held in maximum security prison for years in order to prevent the discovery of the news offense and in order to prevent me from reporting the offenses, and that the hopes were that I would be murdered by the public, law enforcement, all tried, and or that I would die by way of depriving me of medicine I cannot live without.

I filed a lawsuit against one of the Media companies trying to report the tailing offenses and News offense.  When Phillip Brimmer reviewed the case, he communicated with Ballard Spahr,

134

the representation who colluded with law enforcement in order to falsify police reports and stage a criminal investigation involving mutilating a corpse, and Ballard Spar represented every News outlet, a few dozen I filed claims against, trying to prevent what I now battle, the publications and disinformed public, who are still disinformed as the offenses are still published online. I reported to Phillip Brimmer that I was not being allowed insulin, while at the same time I was being held in prison for the News.  Phillip Brimmer ridiculed the medicine deprivation, and communicated with Ballard Spahr ex parte, then published the following;

**Chief Judge Philip A. Brimmer**

Civil Action No. 24-cv-01127-PAB-CYC

EDWARD HOID,

    Plaintiff,

v.

GRAY MEDIA GROUP, INC., d/b/a CBS KKTV 11,

    Defendant.

_____

**ORDER**

_____

The matter before the Court is the Recommendation of Chief United States Magistrate Judge [Docket No. 64].

I.    BACKGROUND

On February 29, 2024, Mr. Hoid filed this case in state court.  Docket No. 4.  Mr. Hoid brings two claims against defendant Gray Media Group, Inc. ("Gray Media") for defamation based on Gray Media's news coverage surrounding an assault and robbery which Mr. Hoid disclaims having participated in. *Id.* at 2–10.  On April 23, 2024, Gray Media removed the case to federal court.  Docket No. 1.  On April 30, 2024, Gray Media filed a motion to dismiss Mr. Hoid's complaint pursuant to Colo. Rev. Stat. § 13-20-

On the Federal Record and online in order to prevent me from resolution.  There was no assault and there was no robbery, Phillip Brimmer knew this and the following proves it, during the

135

habeas corpus action I filed, a review of events, the finding by the same US District Court are;

## I. FACTUAL AND PROCEDURAL BACKGROUND

Mr. Hoid, who currently is on parole, is challenging the validity of his conviction and sentence in Boulder County District Court case number 20CR2138. "In January 2021, the People charged Hoid with identity theft, first degree trespass, felony menacing, misdemeanor theft, and criminal mischief." (ECF No. 19-5 at p.2.) The charges stemmed from a series of incidents in Longmont, Colorado, in November 2020. On November 5, 2020, Randall Schubert crashed while riding his bicycle on a bike path and fractured his skull.[2] According to the Presentence Investigation Report, Mr. Hoid

The News Defendant authored that three imaginary men assaulted and robbed and killed Randall Shubert and Ballard Spahr solicited Phillip Brimmer to falsify the record and prevent me from reporting these crimes to the F.C.C. and the F.B.I. and to Google for the removal of the publications.


**Claim Sixteen Asserted Against Phillip Brimmer**

**First Amendment Violations**

All of these Federal Officers participate in propaganda, the same politics and censoring legal and public information.

Phillip Brimmer censors the internet with the false statements.  Phillip Brimmer censors the Federal Record with the false Statements.

Phillip Brimmer commits felony offense while falsifying the Federal Record and Incites lawless acts carried out by officials.  The Public are still disinformed and Phillip Brimmer fortifies the

News Offense and I am battling for my life everyday among the public currently.

**Claim Seventeen Asserted Against Carolyn McHugh**

**First Amendment Violations**

I supplied proof during an appeal for the denial of the habeas corpus action I filed resulting from a fake record sent up by the State of Colorado, Torture, Due Process Violations and I even supplied the same proof displayed in the forgoing, I was never convicted according to all the records supplied to the Federal Circuit Court.  The Federal Circuit Court was aware that I was refused trial and representation.  The Federal Circuit Court knew the reason for this was that there is no real record for a jury to consider, just what the News forced the State government to record.

The appeal resulted in the Circuit Court review reporting that any jurist would agree with a fake conviction.  The Tenth Circuit silences any jury and involving matters of public significance.  The Circuit Court leveraged on a fake record authored by the News and recorded on record by the State in order to misprision and the Tenth Circuit Court censors the record and published the false information online.

**Claim Eighteen Asserted Against Carolyn McHugh**

**Fourteenth Amendment Violations**

Abuse of process.  I was entitled to relief and if only just for insulin.  This Circuit Judge refused me due process and relief from torture when denying the habeas corpus action I filed due to the foregoing.  This Circuit Court Judge did so in order to censor and misprision for unlawful officials.  This Circuit Court Judge abuses the habeas corpus action in order to further injuries

137

and cause more, also for the benefit of News Defendants.  I displayed the fake record and the News offense leading to an unlawful imprisonment extensively.

**Claim Nineteen Asserted Against Scott Matheson**

**First Amendment Violations**

I supplied proof during an appeal for the denial of the habeas corpus action I filed resulting from a fake record sent up by the State of Colorado, Torture, Due Process Violations and I even supplied the same proof displayed in the forgoing, I was never convicted according to all the records supplied to the Federal Circuit Court.  The Federal Circuit Court was aware that I was refused trial and representation.  The Federal Circuit Court knew the reason for this was that there is no real record for a jury to consider, just what the News forced the State government to record.

The appeal resulted in the Circuit Court review reporting that any jurist would agree with a fake conviction.  The Tenth Circuit silences any jury and involving matters of public significance. The Circuit Court leveraged on a fake record authored by the News and recorded on record by the State in order to misprision and the Tenth Circuit Court censors the record and published the false information online.

**Claim Twenty Asserted Against Scott Matheson**

**Fourteenth Amendment Violations**

Abuse of process.  I was entitled to relief and if only just for insulin.  This Circuit Judge refused me due process and relief from torture when denying the habeas corpus action I filed due to the foregoing.  This Circuit Court Judge did so in order to censor and misprision for unlawful

officials.  This Circuit Court Judge abuses the habeas corpus action in order to further injuries and cause more, also for the benefit of News Defendants.  I displayed the fake record and the News offense leading to an unlawful imprisonment extensively.

**Claim Twenty-One Asserted Against Gregory Phillips**

**First Amendment Violations**

I supplied proof during an appeal for the denial of the habeas corpus action I filed resulting from a fake record sent up by the State of Colorado, Torture, Due Process Violations and I even supplied the same proof displayed in the forgoing, I was never convicted according to all the records supplied to the Federal Circuit Court.  The Federal Circuit Court was aware that I was refused trial and representation.  The Federal Circuit Court knew the reason for this was that there is no real record for a jury to consider, just what the News forced the State government to record.

The appeal resulted in the Circuit Court review reporting that any jurist would agree with a fake conviction.  The Tenth Circuit silences any jury and involving matters of public significance. The Circuit Court leveraged on a fake record authored by the News and recorded on record by the State in order to misprision and the Tenth Circuit Court censors the record and published the false information online.

**Claim Twenty-Two Asserted Against Gregory Phillips**

**Fourteenth Amendment Violations**

Abuse of process.  I was entitled to relief and if only just for insulin.  This Circuit Judge refused me due process and relief from torture when denying the habeas corpus action I filed due to the

139

foregoing.  This Circuit Court Judge did so in order to censor and misprision for unlawful officials.  This Circuit Court Judge abuses the habeas corpus action in order to further injuries and cause more, also for the benefit of News Defendants.  I displayed the fake record and the News offense leading to an unlawful imprisonment extensively.

**Claim Twenty-Three Asserted Against Gregory Phillips**

**First Amendment Violations**

Religious persecution.  I reported ahead of time and before Charlie Kirk was assassinated, incitement, religious persecution involving parents, State laws and News forcing children to identify as transgender during toddler years and up, and how transgender practices were forcing their way onto Churches, as were State laws made by transgender Governors and Law Firms, in order to plant children next to religious persons and the Churches so the parents and transgender persons could falsely accuse Christians of rape and sex abuse, but not to police or for criminal prosecutions, just in specific Federal Civil Courts sat mostly in California, Colorado, New York and Maryland, and the news and Google were publishing how much money the Christian Churches possess and how much riches one could get for suing the Churches.  The practice led to the assassination of Charlie Kirk, as can be proven by the engravings and transition by the assassin away from his values and parents and towards the practice during his youth, when his mind was impressionable.  The practice is to, without parental consent or disclosure, which this Circuit Court Judge upholds and enforces, coerce children at public schools to turn against their family and change their identity.  The practice is upheld by this Circuit Court involving Four-Year-Old Children, and the Churches and religious schools, even the other parents are opposed it and when they file claims seeking protections in the 10th District Court and Tenth Circuit Court,

the Courts force the practice and threaten the Churches and schools with sanctions and prosecutions if they do not welcome or allow the damaging practice at the Churches and Schools. It is undisputedly persecution. Please review the foregoing ad case 1:25-cv-02228. The practice also did disregard the warnings I supplied and it did cause deaths and persecutions, even involving my Churches children becoming set on fire. I also display in the foregoing, the practice and influence of the State of Colorado's laws made that create school shooters and persecution and destruction carried out specifically against the Christian Churches and it all resulting from the deliberate acts and unconstitutional laws enforced and made by this Circuit Court and the other participants for those purposes specifically.

**Claim Twenty-Four Asserted Against Gregory Phillips**

**Child Exploitation**

This Circuit Court Judge knows and enforces Colorado law that will only guarantee Medicaid for transgender youth and persons. This Circuit Court Judge also is observing and enforcing religious persecution through the mishandling of children at age four involving forcing those children to be gay at age four and later on, this is sexuality practices forced on children and then this Circuit Court knows that the reason for the abuse of the children is so they can be used as weapons against other people and specifically to harm Christians with false accusations of rape, the Courts, Law Firms and misled adults who commit the offenses do so in order to rob the Christian Churches through lawsuits filed involving false accusations of sex abuse, this also is the reason why police are hardly ever involved. Were the claims true, then by the parents and Courts not reporting the crimes to authorities, they actually misprision and neglect the children. The Children are exploited in sexual ways and in order to exploit their lives and damages

141

suffered to rob Christian Churches assumed to be worth hundreds of billions of Dollars.

**Claim Twenty-Five Asserted Against Veronica Rossman**

**First Amendment Violations**

Religious persecution.  I reported ahead of time and before Charlie Kirk was assassinated, incitement, religious persecution involving parents, State laws and News forcing children to identify as transgender during toddler years and up, and how transgender practices were forcing their way onto Churches, as were State laws made by transgender Governors and Law Firms, in order to plant children next to religious persons and the Churches so the parents and transgender persons could falsely accuse Christians of rape and sex abuse, but not to police or for criminal prosecutions, just in specific Federal Civil Courts sat mostly in California, Colorado, New York and Maryland, and the news and Google were publishing how much money the Christian Churches possess and how much riches one could get for suing the Churches.  The practice led to the assassination of Charlie Kirk, as can be proven by the engravings and transition by the assassin away from his values and parents and towards the practice during his youth, when his mind was impressionable.  The practice is to, without parental consent or disclosure, which this Circuit Court Judge upholds and enforces, coerce children at public schools to turn against their family and change their identity.  The practice is upheld by this Circuit Court involving Four-Year-Old Children, and the Churches and religious schools, even the other parents are opposed it and when they file claims seeking protections in the 10th District Court and Tenth Circuit Court, the Courts force the practice and threaten the Churches and schools with sanctions and prosecutions if they do not welcome or allow the damaging practice at the Churches and Schools. It is undisputedly persecution.  Please review the foregoing and case 1:25-cv-02228.  The

practice also did disregard the warnings I supplied and it did cause deaths and persecutions, even involving my Churches children becoming set on fire.  I also display in the foregoing, the practice and influence of the State of Colorado's laws made that create school shooters and persecution and destruction carried out specifically against the Christian Churches and it all resulting from the deliberate acts and unconstitutional laws enforced and made by this Circuit Court and the other participants for those purposes specifically.

**Claim Twenty-Six Asserted Against Veronica Rossman**

**Child Exploitation**

This Circuit Court Judge knows and enforces Colorado law that will only guarantee Medicaid for transgender youth and persons.  This Circuit Court Judge also is observing and enforcing religious persecution through the mishandling of children at age four involving forcing those children to be gay at age four and later on, this is sexuality practices forced on children and then this Circuit Court knows that the reason for the abuse of the children is so they can be used as weapons against other people and specifically to harm Christians with false accusations of rape, the Courts, Law Firms and misled adults who commit the offenses do so in order to rob the Christian Churches through lawsuits filed involving false accusations of sex abuse, this also is the reason why police are hardly ever involved.  Were the claims true, then by the parents and Courts not reporting the crimes to authorities, they actually misprision and neglect the children. The Children are exploited in sexual ways and in order to exploit their lives and damages suffered to rob Christian Churches assumed to be worth hundreds of billions of Dollars.

**Claim Twenty-Seven Asserted Against Richard Federico**

**First Amendment Violations**

Religious persecution.  I reported ahead of time and before Charlie Kirk was assassinated, incitement, religious persecution involving parents, State laws and News forcing children to identify as transgender during toddler years and up, and how transgender practices were forcing their way onto Churches, as were State laws made by transgender Governors and Law Firms, in order to plant children next to religious persons and the Churches so the parents and transgender persons could falsely accuse Christians of rape and sex abuse, but not to police or for criminal prosecutions, just in specific Federal Civil Courts sat mostly in California, Colorado, New York and Maryland, and the news and Google were publishing how much money the Christian Churches possess and how much riches one could get for suing the Churches.  The practice led to the assassination of Charlie Kirk, as can be proven by the engravings and transition by the assassin away from his values and parents and towards the practice during his youth, when his mind was impressionable.  The practice is to, without parental consent or disclosure, which this Circuit Court Judge upholds and enforces, coerce children at public schools to turn against their family and change their identity.  The practice is upheld by this Circuit Court involving Four-Year-Old Children, and the Churches and religious schools, even the other parents are opposed it and when they file claims seeking protections in the 10th District Court and Tenth Circuit Court, the Courts force the practice and threaten the Churches and schools with sanctions and prosecutions if they do not welcome or allow the damaging practice at the Churches and Schools. It is undisputedly persecution.  Please review the foregoing and case 1:25-cv-02228.  The practice also did disregard the warnings I supplied and it did cause deaths and persecutions, even

involving my Churches children becoming set on fire.  I also display in the foregoing, the practice and influence of the State of Colorado's laws made that create school shooters and persecution and destruction carried out specifically against the Christian Churches and it all resulting from the deliberate acts and unconstitutional laws enforced and made by this Circuit Court and the other participants for those purposes specifically.

**Claim Twenty-Eight Asserted Against Richard Federico**

**Child Exploitation**

This Circuit Court Judge knows and enforces Colorado law that will only guarantee Medicaid for transgender youth and persons.  This Circuit Court Judge also is observing and enforcing religious persecution through the mishandling of children at age four involving forcing those children to be gay at age four and later on, this is sexuality practices forced on children and then this Circuit Court knows that the reason for the abuse of the children is so they can be used as weapons against other people and specifically to harm Christians with false accusations of rape, the Courts, Law Firms and misled adults who commit the offenses do so in order to rob the Christian Churches through lawsuits filed involving false accusations of sex abuse, this also is the reason why police are hardly ever involved.  Were the claims true, then by the parents and Courts not reporting the crimes to authorities, they actually misprision and neglect the children.  The Children are exploited in sexual ways and in order to exploit their lives and damages suffered to rob Christian Churches assumed to be worth hundreds of billions of Dollars.

**Claim Twenty-Nine Asserted Against Lewis T. Babcock**

**Fourteenth Amendment Violations**

145

Abuse of process. I displayed irrefutable proof that I was not convicted of crime according to the fake record supplied by the State of Colorado. I supplied irrefutable proof that the fake record was supplied in order to misprision and falsify the Federal record and in order to conceal egregious governmental offense committed in order to conceal egregious incitement offense by News, attempted murder, torture, and falsified records. I supplied proof that I was never afforded representation at times I should have been and that I was not allowed a jury by the State and that they even attempted to kill me and tortured me in avoidance of such. I supplied irrefutable proof of all it when I sought lawful protection against all of it by filing a writ of habeas corpus. Lewis Babcock abused that process in order to enter the fake record onto the Federal record and in order to unlawfully misprision and conceal the underlying News Offenses.

**Claim Thirty Asserted Against Lewis T Babcock**

**First Amendment Violations**

Lewis Babcock entered the fake State records onto the Federal Record and then sent those forged and falsified records up to the Circuit Court for review. Lewis Babcock also reviewed several News Lawsuits I filed and reported varying fiction online and on the record in order to conceal News offense, Lewis T Babcock censors the record and the internet for News Companies and an unlawful evasion of Justice.

**Claim Thirty-One Asserted Against the Federal Bureau of Investigations**

**Misprision**

I communicated with proof, it isn't difficult to find online even, that Federal Officers were disregarding the warnings I supplied in July of 2025 about violent religious persecutions and

146

child exploitations. Everyone knows what happened to Charlie Kirk months later. Then to my Church in Michigan. I attempted and reported incitement and that Federal Officials were falsifying the record. The F.B.I. disregarded the reports and it led to death and destruction which could have been addressed. I attempted to report the serious and numerous crimes including attempted murder and torture carried out against me, the F.B.I. Denver Office told me it sounded like I was accused of something. Law enforcement will not allow me to report and pursue charges against the numerous criminals who tried to murder me because of the news. This Claim is being included in order to alert the F.B.I. while they investigate the persecution of my People and Church and Charlie Kirk after I warned them in advance.

**Claim Thirty-Two Asserted Against the Federal Communications Commission**

**Misprision**

In the forgoing, it is undeniable that I endured the most and worst forms of incitement offense and defamation offenses, and that the damages caused to me are disgraceful and were deadly. The News Defendants incited violence and attempted Murder. The News Defendants and Ballard Spahr solicited crimes like mutilation of a corpse and gained access to use a state prison in order to conceal News offense. I have reported numerous times in numerous ways and formats to the F.C.C. and they disregard it. The Offenses are still published online and so is the religious persecution described in the foregoing, injuries, death and violence are continually occurring as the result of the offenses I reported to the F.C.C.

This claim is included to alert the F.C.C.

**Claim Thirty Three Asserted Against Ana Reyes**

**Fraudulent Concealment**

**(Involving Obstruction of Justice)**

**(Involving Misprision)**

This case was originally filed as case number 1:25-cv-03711 in the D.C. District Court.  The case involves me supplying proof of current and previous attempts to shoot me, public and police abusing my family and children in 5 States, also proof that these Federal Officers have forged documents and entered them on the Federal record in order to conceal news offense that resulted in death and torture.  Typical of a democrat federal judge, Reyes reports hat the complaint is too long and I did attach contracts and exhibits that compose the bulk of the complaint, yet Epstein's tens of thousands of pages are not too much to process, this situation equates the severity and significance of that case.  This judge summarily dismisses reports of capital crimes unpunished and advocates for fellow corrupt judges.  The reason I am suing the FBI is because AFTER TORTURE, DEATH, ALL MY FAMILYS KIDS BEING ABUSED AND PLACED IN IMMENENT DANGER, and look around the Country here I the result of misprision of murder, rape, torture etc.  I know the judge doesn't care about that because Reyes views other people as subjects.  Reyes is obstructing justice with her tax payer salary.  Ana Reyes misrepresents the claims and exhibits proving capital offense as a conspiracy theory, I am autistic, not stupid or crazy.  There may arise due process issues.  I filed a judicial complaint and the act of fraudulent concealment is not a judicial one it is a criminal one.

**Claim Thirty-Four Asserted Against Ana Reyes**

**First Amendment Violations**

Everyone knows who built this Country, and who established this Court and the reasons being so the people can have a voice, not just the immigrants, not just the democrat lawyers, the Federal Courts and Ana Reyes will not serve known offenders, will not allow the People use and access to the Courts and thus we cannot access the Constitution and law.  The only persons with a voice in these Courts are immigrants, and its actually just corrupt officials exploiting immigrants to cause Americans injuries to be treated with tax payers' subsidies like Medicaid.  I have a right to a jury and a voice.  The listed officials here need to be impeached and by the American People we did not vote them into office they were appointed with intentions of robbing social security and Medicaid, further they diligently attack churches who otherwise help and empower people.

Respectfully submitted this 8th day of January, 2026

/S/ Edward Herbert Hoid                    08-JAN-2026

## Related Cases

**1:23-cv-00462-CYC**

**1:23-cv-00616-PAB**

**1:23-cv-00670-LTB**

**1:23-cv-00711-LTB**

**1:23-cv-01100-LTB**

**1:23-cv-00869-LTB**

**1:23-cv-01101-LTB**

**1:25-cv-01164-LTB**

**1:25-cv-00536-LTB**

**25-1058**

**25-1258**

**25-1314**

**1:25-cv-02228-RTG**

**23CV558**

**23CV576**

**23CV577**

**24CA1229**

**24CA469**

**24CA470**

## E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**Paula Xinis**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**George L Russell III**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**Phillip Brimmer**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**Carolyn McHugh**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**Scott Matheson**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**Gregory Phillips**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**Veronica Rossman**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**Richard Federico**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**Lewis T. Babcock**
**Punitive Damages $10,000,000**
**Injunctive Relief: Congressional Review and Impeachment**

**F.B.I.**
**Injunctive Relief, take reports of crime and file charges**

**F.C.C.**
**Injunctive Relief, take reports of crime and file charges**

**Ana Reyes**
**Injunctive Relief, mandate training and maybe an education beyond law school.   Impeachment, Punitive Damages $1,000,000**

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


/S/ Edward Herbert Hoid,
_____
 (Plaintiff's signature)


08-JAN-2026
_____
 (Date)


(Revised February 2022)

153